LEIDERMAN DEVINE LLP
Jason S. Leiderman SBN 203336
5740 Ralston St #300
Ventura California 93003
805-654-0200
805-654-0280 FAX
jay@leidermandevine.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>v.<br><br>RAYNALDO RIVERA<br><br>Defendant(s). | CASE NUMBER: CR12-798<br><s>CR 12-1844SM</s><br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

__Raynaldo Rivera__   ☐ Plaintiff  ■ Defendant  ☐ Other _____
*Name of Party*

to substitute __Jason S. Leiderman__ who is

■ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__5740 Ralston Street, Suite 300__
*Street Address*

__Ventura, California 93003__          __jay@leidermandevine.com__
*City, State, Zip*                               *E-Mail Address*

__805-654-0200__         __805-654-0280__         __203336__
*Telephone Number*       *Fax Number*            *State Bar Number*

as attorney of record instead of __Susan E. Anderson, Federal Public Defender's Office - Phoenix__
*Present Attorney*

is hereby  ☒ **GRANTED**   ☐ **DENIED**

Dated __9/10/2012__         /s/ Judge Wilner
                             _____
                             <s>U. S. District Judge</s>/U.S. Magistrate Judge
                             Michael R. Wilner

NOTICE TO COUNSEL: IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.