ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ERIC D. VANDEVELDE (Cal. Bar No. 240699)
STEPHANIE S. CHRISTENSEN (Cal. Bar No. 236653)
Assistant United States Attorneys
Cyber & Intellectual Property Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2576/3756
     Facsimile:  (213) 894-8601
     E-mail:     eric.vandevelde@usdoj.gov
                 stephanie.christensen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 12-798-JAK |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING POSITION REGARDING DEFENDANT RAYNALDO RIVERA; EXHIBITS 1-6 |
| v. | |
| RAYNALDO RIVERA, | (SUPPLEMENAL SENTENCING POSITION FILED UNDER SEAL CONCURRENTLY HEREWITH) |
| Defendant. | |
| | Sentencing Date/Time: August 8, 2013, at 8:30 a.m. |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Eric D. Vandevelde and Stephanie S. Christensen, hereby files its position concerning the sentencing of defendant Raynaldo Rivera.

     The government's position is based on the attached memorandum of points and authorities, and exhibits, as well as the files and records in this case, the presentence report and recommendation

letter submitted by the Probation Office, and any additional
evidence and argument as the Court permits at the sentencing
hearing.

Dated: July 24, 2013            Respectfully submitted,

                                ANDRÉ BIROTTE JR.
                                United States Attorney

                                ROBERT E. DUGDALE
                                Assistant United States Attorney
                                Chief, Criminal Division


                                _____/s/_____
                                ERIC D. VANDEVELDE
                                STEPHANIE S. CHRISTENSEN
                                Assistant United States Attorneys
                                Cyber & Intellectual Property
                                   Crimes Section

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

## **TABLE OF CONTENTS**

TABLE OF AUTHORITIES.....................................................ii

MEMORANDUM OF POINTS AND AUTHORITIES.....................................1

I.    INTRODUCTION.......................................................1

II.   FACTUAL AND PROCEDURAL BACKGROUND..................................2

      A.    Background Regarding LulzSec................................2

      B.    The Attack on Sony Pictures.................................5

      C.    The Kretsinger Case........................................7

      D.    Defendant's Interview, Arrest, and Indictment..............8

III.  THE ADVISORY SENTENCING GUIDELINES RANGE..........................10

      A.    Defendant's Guideline Calculation..........................10

      B.    Disputed Guidelines Provisions.............................11

IV.   ANALYSIS OF THE RELEVANT SENTENCING FACTORS UNDER 18
      U.S.C. § 3553(a)...................................................13

V.    CONCLUSION........................................................19

# TABLE OF AUTHORITIES

**FEDERAL CASES**

Gall v. United States,
    552 U.S. 38 (2007).......................................13

Kimbrough v. United States,
    552 U.S. 85 (2007) .....................................13

Rita v. United States,
    551 U.S. 338 (2007)....................................13

United States v. Barrington,
    648 F.3d 1178 (11th Cir. 2011)........................11

United States v. Carty,
    520 F.3d 984 (9th Cir. 2008)..........................13

United States v. Davis,
    36 F.3d 1424 (9th Cir. 1994)..........................12

United States v. Dinh,
    2011 WL 1197666 (S.D.N.Y. Mar. 29, 2011)..............12

**STATUTES**

18 U.S.C. § 371............................................1, 9

18 U.S.C. § 1030....................................1, 9, 10, 12

18 U.S.C. § 3553.......................................passim

**SENTENCING GUIDELINES**

U.S.S.G. § 2B1.1.......................................passim

U.S.S.G. § 3B1.2.......................................11, 12

U.S.S.G. § 3B1.3.......................................10, 13

U.S.S.G. § 3E1.1...........................................10

## MEMORANDUM OF POINTS AND AUTHORITIES

I.   **INTRODUCTION**

Defendant Raynaldo Rivera ("defendant"), known online as "neuron" or "royal," awaits sentencing after pleading guilty to conspiracy to cause damage to a protected computer, in violation of 18 U.S.C. §§ 371, 1030(a)(5)(A). Defendant's conviction arises out his membership and participation in the computer hacking group known as "Lulz Security," or simply "LulzSec."[1] From approximately April to June 2011, LulzSec carried out a series of high profile cyber attacks against numerous corporate and government entities, crippling those entities' servers and stealing and publishing online the personal identifying information of thousands of individuals. LulzSec's stated goal was the "raw, uninterrupted, chaotic thrill of entertainment and anarchy," encouraging its followers to use the stolen information to "hijack" victims' online accounts, explaining that it "release[d] personal data so that equally evil people can entertain us with what they do with it."

Defendant, a college student studying computers in Arizona, joined LulzSec in approximately May 2011 and participated in its attack on Sony Pictures Entertainment ("Sony Pictures"), compromising its database server, obtaining and posting personal information for over 138,000 of its registered users, and causing losses of approximately $605,000 to Sony Pictures, including costs

---

[1] "Lulz" is Internet slang (a plural form of "lol," *i.e.*, laugh out loud) often used to mean the malicious enjoyment derived from observing someone else's misfortune, here, the victims of LulzSec's cyber attacks.

associated with providing identity theft protection services to those users.

The Probation Office has calculated defendant's advisory sentencing guidelines range to be 46-57 months' imprisonment, based on a total offense level of 23 and a criminal history category of I. (PSR ¶ 96.)  The government has no objection to those calculations. After considering the sentencing factors set forth in 18 U.S.C. § 3553(a), in light of the sentence imposed in the related case, United States v. Cody Kretsinger, No. CR 11-848-JAK, the government recommends that defendant be sentenced to 24 months' imprisonment; 3 years' supervised release; 12 months' home detention and 1,000 hours of community service (as conditions of supervised release); a mandatory special assessment of $100; and restitution to Sony Pictures in the amount of $605,663.67.[2]

## II.   FACTUAL AND PROCEDURAL BACKGROUND

### A.   BACKGROUND REGARDING LULZSEC

Starting in approximately April 2011, LulzSec, an offshoot of the much larger and more nebulous hacker group known as "Anonymous," went on a two-month rampage of cyber attacks against various corporate and government entities in the United States and United

---

[2] In Kretsinger, the government recommended a term of incarceration of 30 months; the Court imposed a term of 12 months and one day.  The government's 24-month recommendation for defendant takes into account the need to avoid sentencing disparities vis-à-vis Kretsinger, 18 U.S.C. § 3553(a)(6), and should not be interpreted as an indication that the government believes defendant deserves a lesser sentence than Kretsinger.  Indeed, as explained in its supplemental sentencing position (filed under seal concurrently herewith), the government believes critical mitigating factors present in the Kretsinger case are *not* present here, and thus that Rivera should receive a sentence greater than that imposed on Kretsinger.

Kingdom, including, among others, the Public Broadcasting Service, Fox Entertainment Group, Sony Pictures, FBI Infragard,[3] the Senatge.gov website, the Arizona Department of Public Safety, and Britain's Serious Organized Crime Agency, or "SOCA."

Although membership in LulzSec was somewhat fluid, core members included Hector Xavier Monsegur, also known as ("aka") "sabu," who resided in New York, and a number of U.K. residents, including Ryan Ackroyd, aka "kayla"; Jake Davis, aka "topiary"; Darren Martyn, aka "pwnsauce"; and Donncha O'Cearrbhail, aka "palladium."  Other members included defendant, aka "neuron," and Cody Kretsinger, aka "recursion," who were students together at the University of Advancing Technology ("UAT") in Tempe, Arizona.  Ryan Cleary, another U.K. resident who controlled a massive botnet, was also affiliated with the group and conducted many of its denial of service attacks.[4]

LulzSec used a variety of methods to carry out its attacks, including distributed denial of service (or "DDoS") attacks, designed to cripple the targeted servers and render them

---

[3]  InfraGard is a partnership between the FBI (and other state and local law enforcement agencies) and the private sector, and is dedicated to sharing information and intelligence regarding physical and cyber threats to critical infrastructure in the United States.

[4]  All of these individuals have been or are currently being prosecuted.  Monsegur awaits sentencing in the Southern District of New York ("SDNY").  Ackroyd, Davis, and Martyn have been charged in both the U.K. and SDNY (along with O'Cearrbhail), and have pled guilty and been sentenced in the U.K.  Cleary has been charged in both this district and the U.K.  Defendant and Kretsinger were charged in this district, case nos. CR 12-798-JAK and CR 11-848-JAK, respectively.

inaccessible to legitimate users,[5] as well as SQL injection attacks, designed to steal information from the targeted servers, primarily personal identifying information such as names, passwords, e-mail addresses, home addresses, and phone numbers.[6]  LulzSec members discussed and coordinated their attacks by communicating through Internet Relay Chat ("IRC") servers hosted on various computers throughout the world.  To conceal their criminal activities, LulzSec members used "proxy servers" to mask their true Internet Protocol ("IP") addresses as well as software designed to securely erase and/or encrypt their hard drives.[7]  Several LulzSec members, including defendant, used a U.K.-based proxy service through which they would first connect before carrying out attacks.

---

[5] In a DDoS attack, the attacker causes a large number of computers (e.g., compromised computers in a "botnet") to flood the target computer with large amounts of data or commands.  As a result, the victim computer is unable to handle legitimate network traffic, and legitimate users are denied the services of the computer.  See http://en.wikipedia.org/wiki/Denial-of-service_attack#Distributed_attack (last visited July 22, 2013).

[6] "SQL," which stands for "Structured Query Language," is a widely used database language designed to manage data in a database and includes commands to extract, insert, update, and delete data.  In an SQL injection attack, the attacker includes portions of SQL commands in the entry field of, say, a webpage form in an attempt to get the website server to pass a newly formed rogue SQL command to the database server for execution (e.g., to extract the database's contents and to send such contents to the attacker).  See http://en.wikipedia.org/wiki/SQL and http://en.wikipedia.org/wiki/Sql_injection (last visited July 22, 2013).

[7] A "proxy server" is "a server . . . that acts as an intermediary for requests from clients seeking resources from other servers."  See http://en.wikipedia.org/wiki/Proxy_server (last visited July 22, 2013).  There are many uses for proxy servers; one of them is to "keep machines behind [the proxy server] anonymous," i.e., logs reflecting access to the resource will show the IP address of the proxy server, not that of the client seeking the resource.  Id.

LulzSec brazenly announced its attacks online via its @LulzSec Twitter account, taunting its victims and rallying other hackers to join operations such as "Operation Sony," "Operation Anti-Security," and "Fuck FBI Friday."  Through its Twitter account, LulzSec also solicited input from the hacker community for new targets to attack and posted links to information it had stolen and published online, including on websites such as thepiratebay.org and LulzSec's own website, lulzsecurity.com.  Not only did LulzSec steal and publish personal identifying information for thousands of individuals, it exploited (and encouraged others to exploit) such information by hacking into other online accounts maintained by those victims.[8]

On approximately June 7, 2011, the FBI apprehended LulzSec's de facto leader, Monsegur.  On June 21, 2011, U.K. authorities arrested Cleary.  On June 25, 2011, LulzSec released a final trove of stolen data and announced that it would cease operations.

**B.   THE ATTACK ON SONY PICTURES**

Defendant's classmate at UAT, Cody Kretsinger, who had known "sabu" online for many years, joined LulzSec in approximately April 2011.  Kretsinger then successfully recruited defendant to join.[9]  On approximately May 23, 2011, defendant purchased proxy

---

[8] For example, in late April 2011, LulzSec stole personal identifying information from Fox's computer systems and used such information to hack into and deface the LinkedIn accounts of multiple Fox employees.  LulzSec also encouraged other hackers to similarly exploit such information, at one point tweeting that the information was "[g]ood for social engineering and phishing," two further forms of attack.

[9] Kretsinger recruited a second UAT classmate but that student declined.  Although this second classmate "idled" in LulzSec's IRC chat rooms (i.e., watched LulzSec members communicate about the group's hacking activities without posting messages him/herself), the government has no evidence indicating that he/she engaged in any hacking activities.

services through a U.K. provider.  Within a few days, starting at

least as early as May 27, 2011, LulzSec members began probing Sony

Pictures' computer systems for vulnerabilities that could be

exploited through a SQL injection attack.  Once such vulnerabilities

were found, at the direction of "sabu," defendant, Kretsinger, and

other LulzSec members used a software program called "havij" to

execute an attack targeting Sony Pictures' database servers.  They

carried out the attack for approximately four days (May 30, 2011,

through June 2, 2011) sending over 460,000 SQL commands designed to

"dump" Sony Pictures' database tables, i.e., extract the data they

contained, including personal identifying information (e.g., name,

address, dates of birth, e-mail address, and phone number).[10]

During and after the attack, LulzSec mocked Sony, tweeting, for

example, "Let's just keep laughing at @Sony until The Lulz Boat

strikes" (May 25, 2011); "Hey @Sony, you know we're making off with

a bunch of your internal stuff right now . . . ." (May 31, 2011);

"Releasing some @Sony embarrassment in a few minutes" (June 2,

2011); "Everything we have will be published in multiple ways to

---

[10] Of the 460,000 queries, approximately 296,000 originated from
IP addresses associated with the proxy service that defendant and
Kretsinger were using (although other LulzSec members may have also
used that same service).  (Ex. 1.)  Approximately 97,000 of those
296,000 queries were traced through the proxy service directly to
Kretsinger, leaving approximately 199,000 queries.  (Id.)  Of those
199,000 queries, approximately 115,000 were executed using the havij
tool.  (Id.)  Although the government, unlike with Kretsinger, did
not receive records that could trace those queries directly to
defendant, and although the government acknowledges that other
LulzSec members may have used the same proxy service and the same
SQL injection tool (havij), based on the timing of defendant's use
of the proxy service over the course of the attack on Sony Pictures
(id.), the government submits that defendant is responsible for a
substantial percentage of the SQL injection attack on the company.

ensure maximum embarrassment and exposure for @Sony and their security flaws" (June 2, 2011).

All told, LulzSec obtained over 138,000 user profiles from Sony Pictures.  On approximately June 2, 2011, defendant sent the information he had extracted to other members of LulzSec.  Those members then published the stolen information on the lulzsecurity.com website and via the @LulzSec Twitter account, thereby announcing the attack and making the information publicly available to the world.

As a result of the attack, Sony Pictures suffered substantial losses, paying approximately $605,000 to analyze and remediate the attack, including $483,000 to computer forensics firms to analyze the compromised servers, approximately $75,000 to staff call centers to handle inquiries by victims whose data had been compromised, and $47,500 to provide identity theft protection services to such victims.

**C.   THE KRETSINGER CASE**

On July 19, 2011, federal agents executed a search warrant at Kretsinger's dorm room at UAT and seized various digital devices. Kretsinger agreed to be interviewed and acknowledged knowing "sabu" and other LulzSec members.  After an initial denial, Kretsinger admitted participating in the attack on Sony Pictures, using a proxy service to try to hide his true IP address, and sending the exfiltrated data to other LulzSec members to be published online.

A forensic analysis of the seized digital devices (as well as others obtained during the investigation) revealed, among other evidence, chat logs wherein LulzSec members discussed the group's various attacks, including the attack against Sony Pictures.

1    Kretsinger was indicted on September 2, 2011, arrested in

2    Arizona on September 22, 2011, and made his initial appearance in

3    this district on October 17, 2011.  On April 5, 2012, Kretsinger

4    pled guilty to the two-count indictment in that case.  On April 18,

5    2013, this Court sentenced Kretsinger to 12 months and one day of

6    imprisonment, 12 months of home detention, 1,000 hours of community

7    service, and restitution in the amount of $605,663.67.

8         **D.   DEFENDANT'S INTERVIEW, ARREST, AND INDICTMENT**

9         After the government determined that defendant was "neuron" of

10   LulzSec, federal agents interviewed defendant at his apartment near

11   UAT on the evening of April 2, 2012.  Defendant acknowledged knowing

12   of LulzSec but adamantly -- and falsely -- denied any involvement

13   with the group and denied using the nickname "neuron."  (Ex. 2.)  At

14   the end of the interview, defendant agreed to arrange a meeting the

15   next morning between the agents and defendant's former roommate.

16   (Id.)  The next morning, April 3, 2012, when the agents met

17   defendant and his former roommate, defendant agreed to answer some

18   additional questions.  The agents showed defendant a chat log of him

19   and Kretsinger discussing the possibility of getting caught for

20   their participation in LulzSec.  (Exs. 3, 6.)  After seeing the chat

21   log, defendant admitted his involvement in the group and the attack

22   on Sony Pictures.  (Ex. 3.)  He stated that he had registered and

23   paid for a proxy service, that he used that service to conduct the

24   attack, and that, after the attack, he falsely told the provider

25   that his e-mail and PayPal accounts had been hacked and that someone

26   else had signed up for the service.  (Id.; see also Ex. 4.)

27   Defendant also admitted developing a "brute force SSH" hacking tool

28

for LulzSec.  (Ex. 3.)[11]  Defendant claimed that after the Sony Pictures attack, and particularly after the group started discussing attacks against the FBI and other governmental agencies, he began merely "idling" in the LulzSec IRC chat room and then eventually stopped logging in at all.  (This claim was false, or at best, an attempt at minimization.  Recovered logs show that a few days after the Sony Pictures attack, defendant was still participating in LulzSec's IRC chat rooms, telling "sabu" that he and another member of the group were developing malicious software and asking "sabu" how he could be of further assistance to the group.  (Ex. 5 at RR-010067.))  Defendant estimated that he transitioned out of the group in approximately August 2011.[12]  (Ex. 3.)

On August 22, 2012, the grand jury returned the two-count indictment in this case.  Agents arrested defendant in Arizona a week later, and he made his initial appearance in this district on September 14, 2012.  On October 11, 2012, pursuant to a written plea agreement, defendant pled guilty to count one of the indictment, conspiracy to cause damage to a protected computer, in violation of 18 U.S.C. §§ 371, 1030(a)(5)(A).  (CR 26.)

---

[11] SSH, short for "secure shell," "is a cryptographic network protocol for secure data communication, remote command-line login, remote command execution, and other secure network services between two networked computers . . . ."  See http://en.wikipedia.org/wiki/Secure_Shell (last visited July 22, 2013).  A brute force tool is a software program that tries to gain access to a resource by systematically checking all possible passwords or keys.  See http://en.wikipedia.org/wiki/Brute-force_attack (last visited July 22, 2013).

[12] Defendant's involvement with LulzSec, in fact, likely ended earlier, around June 25, 2011, when the group posted its "farewell" message to the public.

**III.  THE ADVISORY SENTENCING GUIDELINES RANGE**

    **A.   DEFENDANT'S GUIDELINE CALCULATION**

    The government agrees with the advisory sentencing guidelines calculations set forth in the presentence report, which are summarized as follows:

| | | |
|---|---|---|
| Base Offense Level: | 6 | U.S.S.G. § 2B1.1(a)(2) |
| Specific Offense Characteristics: | | |
|     Loss Amount: | +14 | U.S.S.G. § 2B1.1(b)(1)(H) |
|     Offense Involved Sophisticated Means: | +2 | U.S.S.G. § 2B1.1(b)(10)(c) |
|     Re: Obtaining or Disseminating Personal Information: | +2 | U.S.S.G. § 2B1.1(b)(16) |
| Adjustments: | | |
|     Use of Special Skill: | +2 | U.S.S.G. § 3B1.3 |
|     Acceptance of Responsibility: | -3 | U.S.S.G. § 3E1.1 |

Total Offense Level:          23

Criminal History Category:    I

Advisory Guideline Range:   46-57 months

(PSR ¶¶ 34-63, 96.)[13]

_____

[13] In the plea agreement, the parties stipulated to a four-level enhancement under U.S.S.G. § 2B1.1(b)(17)(A)(ii), relating to convictions under 18 U.S.C. § 1030(a)(5)(A).  (CR 26 at ¶ 13.) Defendant, however, pled guilty to conspiracy to violate § 1030(a)(5)(A), not the underlying substantive offense.  The Probation Office, therefore, has recommended not applying the enhancement, and the government does not object to its nonapplication in this case.  (PSR ¶ 42.)

**B.   DISPUTED GUIDELINES PROVISIONS**

Defendant argues against application of the two-level "sophisticated means" enhancement under U.S.S.G. § 2B1.1(b)(10)(c), and further argues for a two- to three-level role reduction under U.S.S.G. § 3B1.2(b).  Those same arguments were considered and rejected by the Court in the <u>Kretsinger</u> case, and they should again be rejected here.

   1.   <u>The Offense Involved Sophisticated Means</u>

Section 2B1.1(b)(10)(C) of the Sentencing Guidelines calls for a two-level enhancement if the offense involved "sophisticated means."  The commentary explains that "sophisticated means" includes "especially complex or especially intricate offense conduct pertaining to the execution or concealment of an offense."  U.S.S.G. § 2B1.1(b)(10)(C), cmt. n.8(B).

The sophisticated means enhancement is appropriately applied in a hacking case such as this where defendant coordinated with other LulzSec members residing around the world to conduct an attack against Sony Pictures; used a specialized computer program, <u>i.e.</u>, havij, which is normally used for penetration testing, to conduct a SQL injection attack against Sony Pictures' computer systems; executed the attack over approximately four days; stole personal identifying information for over 138,000 individuals from Sony Pictures' database; passed that information to other LulzSec members for public dissemination on LulzSec's website; and attempted to conceal his IP address by using a proxy service during the attack.

Defendant's criminal conduct was significantly more complex than that of the average unauthorized access case and thus falls squarely within the definition of § 2B1.1(b)(10)(C).  <u>See, e.g.,</u>

11

United States v. Barrington, 648 F.3d 1178, 1199 (11th Cir. 2011)
(upholding application of sophisticated means enhancement where
defendant accessed protected computer at university to change
student grades; although "each step in the scheme was not
necessarily sophisticated," enhancement applicable because "the
hacking involved multiple, repetitive and coordinated steps to
deceive and exploit [the] protected system."); United States v.
Dinh, 2011 WL 1197666, at *3-*4 (S.D.N.Y. Mar. 29, 2011) (applying
sophisticated means enhancement for defendant convicted of violation
of 18 U.S.C. § 1030(a)(5)(A) who accessed company's computer system
using administrator password and transferred currency).

## 2.   Defendant Was Not a Minor Participant

A defendant may be entitled to a two-level reduction in offense
level if he was a "minor" participant in the criminal activity, or a
three-level reduction if he was somewhere between a "minor" and
"minimal" participant.  U.S.S.G. § 3B1.2.  The defendant must prove
he is entitled to such a reduction by a preponderance of the
evidence.  United States v. Davis, 36 F.3d 1424, 1436 (9th Cir.
1994).  "Just because a defendant may be less culpable than other
participants in an offense, he is not necessarily entitled to a
. . . role adjustment under section 3B1.2."  Id.  The Ninth Circuit
"has consistently stated that a downward adjustment under section
3B1.2 is to be used infrequently and only in exceptional
circumstances."  Id.

Here, while other LulzSec members may be more culpable than
defendant in that they conducted other attacks not charged in this
case, as to the conspiracy to attack, and the actual attack on, Sony
Pictures (the only attack charged in this case), defendant played a

significant role and cannot be described as "substantially less
culpable than the average participant."  U.S.S.G. § 3B1.3.
Defendant personally downloaded, installed, and configured havij to
execute an attack on Sony Pictures database servers; ran the attack
over the course of approximately four days, helping exfiltrate
thousands of records; and transmitted those stolen records for
publication on LulzSec's website.  That other LulzSec members
participated in the attack alongside defendant proves that
defendant's role cannot be considered "minor"; at best, he is on
equal footing with his co-conspirators.

     As such, and as this Court found with respect to Kretsinger,
the Court should not apply any role reduction in calculating
defendant's offense level.

## IV.  ANALYSIS OF THE RELEVANT SENTENCING FACTORS UNDER 18 U.S.C. § 3553(A)

     The "overarching statutory charge" for sentencing courts is to
"impose a sentence sufficient, but not greater than necessary" to
satisfy the purposes of sentencing set forth in 18 U.S.C. § 3553(a).
United States v. Carty, 520 F.3d 984, 991 (9th Cir. 2008) (en banc)
(relying on Rita v. United States, 551 U.S. 338 (2007), Gall v.
United States, 552 U.S. 38 (2007), and Kimbrough v. United States,
552 U.S. 85 (2007)).  The court must begin by correctly calculating
the applicable advisory guidelines range, which remains "the
starting point and the initial benchmark" and is "to be kept in mind
throughout the process."  Id.  The parties are then given a chance
to argue for a sentence they believe is appropriate in light of the
other § 3553(a) factors.  The sentencing court must justify any
sentence outside the advisory guidelines range, with "a major

departure . . . supported by a more significant justification than a minor one." Id. at 991-92.  The sentencing court must explain the final sentence "sufficiently to permit meaningful appellate review" depending "upon the complexity of the particular case, whether the sentence chosen is inside or outside the Guidelines, and the strength and seriousness of the proffered reasons for imposing a sentence that differs from the Guidelines range."  Id.

The government respectfully recommends that the Court sentence defendant to 24 months' imprisonment; 3 years' supervised release; 12 months' home detention and 1,000 hours of community service (as a conditions of supervised release); a mandatory special assessment of $100; and restitution to Sony Pictures in the amount of $605,663.67. This proposed sentence reasonably reflects the sentencing factors contained in 18 U.S.C. § 3553(a), including an analysis of defendant's offense, his personal background, his respect for the law, the need for deterrence and punishment, the role of the advisory guidelines, and the sentence imposed on his co-conspirator, Cody Kretsinger.  (For the reasons discussed in the government's supplemental sentencing position, filed under seal concurrently herewith, the government believes a higher sentence is appropriate for defendant.)

Weighing heavily against defendant at sentencing is the nature and seriousness of his crime.  Defendant knowingly joined and participated in a sophisticated computer hacking group that went on a concentrated, highly destructive, spree of cyber attacks.  Cyber crime is a huge and growing problem.  Defendant claims that his hacking activities were largely limited to the attack on Sony Pictures, but he was a member of the group for much of its two-month

14

long spree, and chat logs show that he was also developing other
hacking tools for the group, attempting to obtain stolen Sony source
code, and trying to find vulnerabilities in other websites for the
group to exploit.  (See, e.g., Ex. 5 at RR-010067, RR-010073 to RR-
010074; see also Ex. 3 at RR-000085.)  Even with respect to the Sony
Pictures attack, defendant attempts to minimize his role, repeatedly
claiming that it was for only 10-20 minutes.  (CR 43 at 2, 4, 22.)
He further claims that he was responsible for only 77 of the
approximately 460,000 SQL injection queries.  (Id. at 22.)  But
login records from his proxy service provider show that he logged
into his proxy service account from an IP address at UAT
approximately eleven times during Sony Pictures attack and that
those logins occurred during the same time period that Sony
Pictures' servers received over 115,000 malicious SQL injection
queries associated with IP addresses that traced back to the proxy
service provider.  (Ex. 1.)

Defendant argues that LulzSec's lack of profit motive can be
seen as mitigating in nature.  But the destructiveness and
unprovoked maliciousness of its actions should cause alarm and
warrants a sentence sufficient to deter other potential computer
hackers from engaging in similar behavior.  LulzSec members were not
serving, or attempting to serve, some greater good or purpose.  They
were essentially anarchists who sought to inflict as much damage and
embarrassment as possible -- not only on the victim companies whose
servers they compromised and data they stole, but also on the
individuals whose sensitive personal identifying information they
published online, which LulzSec misused and encouraged others to
misuse.  Indeed, the group's name ("Lulz," see n.1 supra) and its

own words demonstrate its destructive and self-absorbed nature.   The group unapologetically boasted about its attacks and the release of sensitive personal information, encouraging other, "equally evil people" to "hijack" accounts and wreak havoc on victims' online lives:

> Yes, yes, there's always the argument that releasing everything in full is just as evil, what with accounts being stolen and abused, but welcome to 2011.  . . .  You find it funny to watch havoc unfold, and we find it funny to cause it.  We release personal data so that equally evil people can entertain us with what they do with it.
>
> Most of you reading this love the idea of wrecking someone else's online experience anonymously.  It's appealing and unique, there are no two account hijackings that are the same, no two suddenly enraged girlfriends with the same expression when you admit to killing prostitutes from her boyfriend's recently stolen MSN account, and there's certainly no limit to the lulz lizardry that we all partake in on some level.

See http://pastebin.com/HZtH523f (copy of @LulzSec tweet posted June 17, 2011; last visited July 22, 2013.)

In the group's farewell message, after its 50-day rampage of attacks, it wrote:

> For the past 50 days we've been disrupting and exposing corporations, governments, often the general population itself, and quite possibly everything in between, just because we could.  All to selflessly entertain others -- vanity, fame, recognition, all of these things are shadowed by our desire for that which we all love.  The raw, uninterrupted, chaotic thrill of entertainment and anarchy.

See http://pastebin.com/1znEGmHa (copy of LulzSec press release posted on or about June 25, 2011; last visited July 22, 2013.)

At various times, LulzSec, like other hacking groups, has claimed that it conducted cyber attacks merely to expose the security flaws of its victims' computer systems.  That claim is a false justification -- and even if true, not a valid justification

16

-- for its actions.  If fixing security flaws were LulzSec's goal, it could have done so without inflicting such damage, without knocking servers offline, without stealing and publishing sensitive data online, without mocking its victims, and without encouraging its followers to further exploit and "hijack" individuals' online lives.  Indeed, there is an entire industry of computer security professionals, as well as numerous "white hat" hackers, who try to identify and remediate vulnerabilities while minimizing, not causing or exacerbating, damage.

The government acknowledges that defendant has now -- in 2013 -- demonstrated seemingly genuine remorse for his actions; but that remorse comes nearly two years after the attack on Sony Pictures, and only as the result of this criminal prosecution.  Indeed, shortly after the attack, defendant took steps to cover his tracks by wiping his computer (Ex. 5 at 010059) and cancelling his proxy service account, falsely telling the provider that his e-mail and PayPal accounts had been hacked and that the hacker, not defendant, had signed up for the service (Ex. 4).  Chat logs reveal that defendant also attempted to plant misinformation to protect his identity, even amongst other LulzSec members, falsely claiming that he was attending the Massachusetts Institute of Technology.  (Ex. 5 at RR-010077; Ex 6 at 0534.)  Even almost a year later, in April 2012, as Kretsinger and other LulzSec members around the world were being prosecuted, defendant, when confronted by law enforcement, initially lied about being "neuron" and said he had no involvement with the group.  (Ex. 2.)  Defendant's remorse, then, at least before pleading guilty, seems largely connected to the regret of being caught, not to his own realization concerning the

17

wrongfulness of his actions.  Thus, while genuine now, defendant's late-found remorse is of no different quality than that exhibited by most defendants who have been convicted and face sentencing for their crimes.

Moreover, while the government acknowledges that defendant, following the attack on Sony Pictures, took a less active role in LulzSec, defendant overreaches in suggesting that he affirmatively rejected or disavowed the group.  Indeed, even after "sabu" mentioned that the group had "smacked the fbi today" (a reference to LulzSec's attack on FBI Infragard on June 4, 2011), defendant nevertheless continued to offer his assistance to the group -- for example, telling "sabu" that he (defendant) and another member were working on developing a "nice RAT" (remote access Trojan[14]) and asking "sabu" if he could help in other ways.  (Ex. 5 at RR-010058, RR-010067.)  In contrast to defendant's continued participation, Kretsinger affirmatively withdrew from the group when he learned of the FBI Infragard attack.  (See Ex. 5 at RR-010058 (chat log in which "sabu" notes that LulzSec had lost members, including "recursion" (Kretsinger)).)

The government acknowledges, however, that certain mitigating factors, particularly, defendant's background and personal history, weigh in his favor at sentencing.  Defendant is a first time, non-violent offender with no prior law enforcement contacts whatsoever (although this factor is already taken into account via defendant's criminal history category).  Defendant has demonstrated that he is

---

[14] A "RAT" is malicious software that allows an attacker to gain administrative access and control over a computer system, as if the attacker had physical access to the system.

intelligent and hardworking, and, as described in the Probation Office's presentence report and recommendation letter, has overcome a number of significant early obstacles in life.[15]  Importantly, defendant's mother, stepfather, sister, and other members of his community, including his current employer, have remained supportive throughout these criminal proceedings.  For these reasons, the government considers defendant to present a relatively low risk of recidivism.

Balancing the above considerations in light of the sentencing factors set forth in 18 U.S.C. § 3553(a), the government believes a term of imprisonment of 24 months is appropriate.

**V.    CONCLUSION**

For the foregoing reasons, the government respectfully requests that the Court sentence defendant to 24 months' imprisonment; 3 years' supervised release; 12 months' home detention and 1,000 hours of community service (as conditions of supervised release); a mandatory special assessment of $100; and restitution to Sony Pictures in the amount of $605,663.67.

---

[15] The government has no independent information to support or challenge much of the information contained in the presentence report concerning defendant's background.  (See, e.g., PSR ¶¶ 64-76.)  For purposes of this sentencing position, however, the government will assume that such information is accurate.

**Exhibit 1**

FD-302 (Rev. 5-8-10)

-1 of 2-



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry     07/09/2013

       On July 3, 2013, SA Jensen D. Penalosa and I conducted an analysis of IP addresses identified by Sony Pictures as having conducted SQL injection queries against its servers from May 27, 2011, to June 4, 2011.  The purpose of this analysis was to identify SQL injection queries traceable to RAYNALDO RIVERA through RIVERA's proxy service account with ███████████, a U.K.-based company controlled by ██████.  The FBI was able to identify IP addresses associated with ██████ through information from Internet Service Providers (ISPs) and records received in response to, Mutual Legal Assistance Treaty (MLAT) requests sent to the U.K.

       An examination of Sony Pictures logs showed 296,512 SQL injection queries that originated from IP addresses associated with ██████ during the relevant time period.  Of those 296,512 queries, 97,378 have been traced to CODY KRETSINGER.  Of the remaining 199,134 queries originating from IP addresses associated with ██████, Sony Pictures logs show that 115,875 of them were conducted using the SQL injection tool Havij.

       An analysis of ████ records show that RIVERA logged into his ████ account from an IP address assigned to the University of Advancing Technology (UAT) eleven times during the timeframe of May 23, 2011 at 09:38 to June 6, 2011 at 19:49.  For every IP address that conducted SQL injection queries against Sony Pictures' servers, Sony Pictures provided a 'First' and 'Last' date and time stamp.  These refer to the first and last recorded instances that the IP conducted queries.  I examined the first and last date and time stamps for the ██████ associated IP addresses' against the dates and times Rivera logged into his ████ account.  Although ████ did not provide the length of time RIVERA was logged in, or the ████ proxy IP address he was assigned, the dates and times Sony Pictures recorded ██████ associated IP addresses' conducting SQL queries, coincide with the dates and times that RIVERA was logged into his ████ account.

Investigation on   07/03/2013   at   Orange, California, United States (In Person)

File # ████████████                                         Date drafted   07/09/2013

by   ABELON JOEY H, Jensen D. Penalosa

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Log analysis _____ , On  07/03/2013 , Page  2 of 2

**Exhibit 2**

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    04/10/2012

          RAYNALDO RIVERA, residing at ▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓, cell phone ▓▓▓▓▓▓▓▓, email
▓▓▓▓▓▓▓▓▓▓ was interviewed by Agents at the aforementioned
residence address.  After being advised of the identity of the
interviewing agents and the nature of the interview, RIVERA
provided the following:

          RIVERA said he was not NEURON.  RIVERA had a good friend,
CODY KRETSINGER, who was accused of being a member of Lulzsec
reports said he used the nick RECURSION.  RIVERA said he read some
IRC logs on the Internet, but he didn't communicate with the group
in IRC.  RIVERA said he is a software developer and is known on the
Internet as wildicv.  RIVERA said he has not spoken to Lulzsec
members.  He said he only talked to KRETSINGER about network
security, as both of them are students and worked on "root the box"
together.  RIVERA said he does not believe KRETSINGER was part of
the group, and he still communicates with him.  The two met at the
University of Advancing Technology (UAT).  He said he doesn't know
everything about KRETSINGER, but being part of Lulzsec did not fit
KRETSINGER's personality.  RIVERA said he did not create fake dox
or misleading information online.  He said he was well known as
wildicv and some people call him ROYAL and RJ and his parents call
him RAYNO or RAYNAL.

          RIVERA stated that he had never been in IRC when other
individuals were discussing active attacks.

          RIVERA said he followed the group on the hacker news and
he uses reddit a lot.  He is a white hat hacker and deals with
osirus and the livindead.  He said he communicates in
irc.hack3r.com in #chat and #root.

          RIVERA said KRETSINGER was accused of being part of
Lulzsec because he was following the group.

          RIVERA said he was telling the interviewing agents that
he was being completely truthful.  He is close to finishing school
and employed at Cummings Engineering.  He said he writes a lot of
software.  He said he wrote something for CCDC for red team and a
brute force ssh tool.

| | | |
|---|---|---|
| Investigation on | 4/2/2012 | at  Tempe, AZ |

| | |
|---|---|
| File # ▓▓▓▓▓▓▓ | Date dictated   Not Dictated |

by   SA Joey H. Abelon:jha
     SA Jensen D. Penalosa, SA Jesse Rangel

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

RR-000083

FD-302a (Rev. 10-6-95)



Continuation of FD-302 of _____RAYNALDO RIVERA_____, On _4/2/2012_____, Page ___2___

      RIVERA was told providing false information to a federal
agent was against the law and stated that he understood this.

      He said his former roommate ▓▓▓▓▓▓▓▓ was currently
living at the UAT dorms and he would facilitate a meeting with him
the next day.  He said ▓▓▓▓▓ phone number was ▓▓▓▓▓▓▓▓▓▓
RIVERA's cel phone - ▓▓▓▓▓▓▓▓▓▓

RR-000084

**Exhibit 3**

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription   04/10/2012

RAYNALDO RIVERA, SSN ████████, DOB ████████,
residing at ████████████████, cell
phone ████████, email ████████████ was interviewed by
Agents in the parking lot of Fry's Electronics, 2300 West Baseline
Road, Tempe, AZ 85282.  After being advised of the identity of the
interviewing agents and the nature of the interview, RIVERA
provided the following:

Agents advised RIVERA that he was not under arrest.
Wildicv and Wild RJ are nicks he uses on the Internet, while Royal
is his nickname. ████████ and ████████ are email
addresses he uses.  If agents were to serve a subpoena to Gmail for
information regarding his ████████ email, they would see
that his name and address are on file with Gmail.

RIVERA was shown a document that had various chat logs
between ROYAL and ████████, Neuron, and an e-mail
from ████████ support to ████████████

RIVERA acknowledged that he recognized the chats and
e-mail, and asked the interviewing agents where they wanted him to
start.  He was told again that he was not going to be arrested.

While attending college, a good friend of his, CODY
KRETSINGER, approached him and said there's something going on with
a group and we'd like you to be a part of it.  He asked what it
was, and KRETSINGER said it's a group and we're going to be doing
some sort of hacking.  KRETSINGER wasn't specific but said it was
going to be intense and he would learn a lot.

RIVERA joined them just as a programmer because he wanted
to learn.  He strictly writes software and wrote a brute force SSH
tool for the group.  Other than that, he idled in the chat room
trying to talk to members of the group to learn. He said the chat
room he communicated in was the same chat room as the one shown to
him earlier.  When asked if it was pure elite chatroom, he said
yes.  He acknowledged making contact with the nicks PWNSAUCE and
SABU and that PWNSAUCE was another developer.

When KRETSINGER approached him about a year ago at
school, KRETSINGER didn't say if he was in or out of the group.  He

Investigation on   04/03/2012   at   Tempe, AZ

File # ████████

Date dictated   Not Dictated

SA Joey H. Abelon:jha
by   SA Jensen D. Penalosa, SA Jesse Rangel

This document contains neither recommendations nor conclusions of the FBI.  It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

RR-000085

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of    RAYNALDO RIVERA                , On 04/03/2012  , Page    2

just said that they would learn a lot.  KRETSINGER didn't tell him
who made the decision to allow or not allow people into the group,
he just said that he got a phone call.

        The group asked him to participate by dumping Sony logs.
He doesn't remember if they were logs from Sony Pictures or Sony
Online Entertainment.  He dumped the logs by putting a string into
a tool; the group told him what the tool was and where to get it
but he no longer remembers what the tool was.  The attack to dump
the logs was not a DDOS attack but was some type of database attack
on a URL.

        After dumping the logs, he was just supposed to hand them
to someone in the group.  That someone wasn't SABU but could have
been KAYLA; at this point he can't fully remember.  After the
posting of the compromised information from Sony on the Internet,
the group talked about it in chat.  They talked about how much they
had and how much was posted.  Besides himself, the entire group was
asked to dump Sony logs.

        After the Sony attack, he was not asked to do other
attacks but just idled in chat.  In private chats, some members
gave him a hard time about idling but not participating, but he
told them he was just a developer.  While idling, he used his nick
at the time, NEURON.  At this point, RIVERA acknowledged that he
participated in the Sony attack by dumping logs, and that it was
wrong and against the law.  When the group started talking about
the FBI getting involved, he told members in the group that he
didn't want to participate anymore.

        RIVERA acknowledged using the VPN ▆▆▆▆▆▆▆; this was
suggested by SABU.  He paid for the service using his own PayPal
account.  He believes he used ▆▆▆▆▆▆▆▆ for the Sony attack.  At
the time he used the VPN for the attack, he was at the University
of Advancing Technology(UAT).  He connected to Sony for the attack
using the following method: his laptop->UAT Internet connection-
>▆▆▆▆▆▆▆->Sony.  He used ▆▆▆▆▆▆▆ for a couple of weeks and cut
off the service.  He did not tell the truth to ▆▆▆▆▆▆ when he
claimed that his account got hacked.

        After the Sony attack occurred, he didn't feel good about
it.  He was idling when the attack happened and after it happened,
he decided that he was done with the group.  He started to
transition out of the group by idling.  The group pushed him to
stay in but he told them no and disconnected.  He heard about the

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ___RAYNALDO RIVERA_____ , On _04/03/2012_ , Page ___3___

group attacking the FBI affiliated website and started to get out
in August.  He stated he was in the group for about two months.  In
addition to himself, he believes that KRETSINGER approached ▓▓▓▓▓
▓▓▓▓▓▓▓ to join the group.  ▓▓▓▓▓▓▓ idled in the chat for three to
four days the dropped.  He doesn't believe there are others who
were approached from UAT, and didn't mention this to ▓▓▓▓▓▓▓▓▓▓,
his roommate.  After hearing about the news about SABU, he has felt
badly.

        He believes he still has the laptop computer he used for
the attack at home and would provide this to the Agents.  Since the
attack, he has done operating systems re-installs alternating
between Windows and Unix, something he does all the time.  He never
did any wiping or re-formatting to hide the attack because he
didn't believe there was any point to doing so.

        Since speaking to the Agents the night before, he spoke
to his parents and his boss, ▓▓▓▓▓▓▓▓▓▓▓▓.  He told ▓▓▓▓▓
that he had a visit from the FBI.  RIVERA agreed to have the Agents
come to his residence to provide the laptop computer and consent to
search it.

RR-000087

**Exhibit 4**

**Subject: Re: My paypal got hacked.**
**Date:** Tuesday, June 7, 2011 9:21 AM
**From:**
**To:** Raynaldo Rivera <wildicv@gmail.com>

Hello,

We have refunded this payment.

Regards,
Jack

On Tue, Jun 7, 2011 at 5:38 PM, Raynaldo Rivera <wildicv@gmail.com> wrote:
Im more then sure i have been away for a while and this is the first time i have
checked my paypal and email.

**Subject: Re: My paypal got hacked.**
**Date:** Tuesday, June 7, 2011 12:06 AM
**From:**
**To:** Raynaldo Rivera <wildicv@gmail.com>

Hello,

Looks like you have an active username "neuron" connected with your email address "wildicv@gmail.com".

Are you sure that you didn't buy this?

*Best regards,*

On Tue, Jun 7, 2011 at 8:42 AM, Raynaldo Rivera <wildicv@gmail.com> wrote:
> Hello i have recently found that my email and paypal account have been hacked. I was wondering what i need to do in order for this to be corrected.
> I found out after i saw a $78.66 charge on my paypal. Please get back to me on this. I have just recovered from this.

**Exhibit 5**

**FOR OFFICIAL USE ONLY**

| DCFL Laboratory Report |
|---|

| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
|---|---|---|
|  |  |  |

| CUSTOMER ADDRESS |
|---|
|  |

| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
|---|---|---|
| 28 Nov 11 |  |  |

#pure-elite.txt

```
2011-06-04 02:29:56 <Sabu> well guys
2011-06-04 02:30:07 <Sabu> those of you that are still with us through this
2011-06-04 02:30:22 <Sabu> maintain alert, make sure you're behind vpns dont matter what
2011-06-04 02:30:32 <Sabu> and dont fear
2011-06-04 02:30:33 <Sabu> we're ok
2011-06-04 02:30:34 <Sabu> w/i n2
2011-06-04 02:44:15 <Neuron> Sabu: did we lose people?
2011-06-04 03:31:10 <Sabu> yeah
2011-06-04 03:31:18 <storm> who?
2011-06-04 03:31:23 <Sabu> recursion and devurandom quit respectfully
2011-06-04 03:31:27 <Sabu> saying they are not up for the heat
2011-06-04 03:31:32 <Sabu> you realize we smacked the fbi today
2011-06-04 03:31:36 <Sabu> this means everyone in here
2011-06-04 03:31:42 <Sabu> must remain extremely secure
2011-06-04 03:31:55 <storm> did you wipe the pbs bd logs?
2011-06-04 03:31:58 <Sabu> yes
2011-06-04 03:32:01 <Sabu> all pbs logs are clean
2011-06-04 03:32:04 <storm> then i'm game for some more
2011-06-04 03:32:14 <Sabu> we got a good team here
2011-06-04 03:34:16 <storm> what did we do to the fbi
2011-06-04 03:34:24 <Sabu> you dont know?
2011-06-04 03:34:25 <Sabu> ROFL
2011-06-04 03:34:30 <Sabu> twitter.com/lulzsec
2011-06-04 03:34:34 <Sabu> ravaged them tonight

2011-06-04 03:40:32 <Neuron> Yo anyone have any extra tips for staying safe?
2011-06-04 03:43:08 <Sabu> clean your box out, make sure any sensitive info you have encrypted on a usb stick
2011-06-04 03:43:12 <Sabu> stay behind your vpn
2011-06-04 03:43:16 <Sabu> from now on your vpn is your weapon
2011-06-04 03:43:23 <Sabu> without your weapon you are nothing
2011-06-04 03:43:30 <Sabu> without you it is notihng blah blah blah
2011-06-04 03:43:39 <Sabu> and dont do nothing we dont approve of :D
2011-06-04 03:44:04 <Neuron> Alright right now.. My "hackbox" has 512 aes encryption on the entire harddrive
2011-06-04 03:44:18 <Neuron> two passwords and truecrypt on info concerning anything hacking related
2011-06-04 03:44:24 <Neuron> and my vpn is
```

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010058

FOR OFFICIAL USE ONLY

| DCFL Laboratory Report | | |
|---|---|---|
| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
| | | |
| CUSTOMER ADDRESS | | |
| | | |
| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
| 28 Nov 11 | | |

```
2011-06-04 03:44:55 <storm> my netbook will be here win only a matter of days
2011-06-04 03:45:01 <storm> and ill be wiping my entire system
2011-06-04 03:45:14 <storm> and just encrypting the entire drive
2011-06-04 03:45:16 <Neuron> im already wiping my enitre desktop
2011-06-04 03:45:16 <storm> after i scrub it
2011-06-04 03:45:58 <Sabu> yeah
2011-06-04 03:46:01 <Sabu> wipe it all
2011-06-04 03:46:04 <Sabu> im wiping all my shit now
2011-06-04 03:46:04 <Sabu> BUT
2011-06-04 03:47:09 <Neuron> ?
2011-06-04 03:47:57 <Sabu> storm: http:

2011-06-04 03:48:04 <Sabu> LOLOL thats my fav vid ever

2011-06-04 03:58:44 <Neuron> Anyone know if bt5 has a backdoor like bt4 black hat edition did?
2011-06-04 03:59:05 <storm> we're going to have a backtrack lulzsec version

2011-06-04 05:09:50 <kl0ps> lol, i have ti tried to sqli a iran uni, but i am mistake. have u more luck then me?
http://

2011-06-04 05:09:55 <kl0ps> -i +o
2011-06-04 05:10:28 <kl0ps> there is a vuln, but i am not able -.-
2011-06-04 05:14:33 <kl0ps> what about i am talking? -.-
2011-06-04 05:14:34 <kl0ps> [06:14:07] [INFO] target url appears to be UNION injectable with 6 columns
2011-06-04 05:14:40 <kl0ps> sry
2011-06-04 05:15:12 <kl0ps> web server operating system: Windows 2003
2011-06-04 05:15:12 <kl0ps> web application technology: PHP 5.2.6, ASP.NET, Microsoft IIS 6.0
2011-06-04 05:15:12 <kl0ps> back-end DBMS: MySQL 5.0.11

2011-06-04 05:28:07 <kl0ps> http://
2011-06-04 05:28:45 <kl0ps> without the fucking anti debuggers

2011-06-04 07:13:19 <trollpoll> btw, dont you think that karim affair is more for Anonymous than for lulzsec?
2011-06-04 07:13:36 <storm> trollpoll: no
2011-06-04 07:13:39 <storm> not personallu
2011-06-04 07:14:09 <trollpoll> because it happen after lulz hacking?
2011-06-04 07:16:13 <trollpoll> well, anyway, everybody seems to assume that lulzsec = anonymous...
2011-06-04 07:16:43 <storm> well from wat ive seen
2011-06-04 07:16:48 <storm> i have seen the opposite
2011-06-04 07:16:58 <storm> where people want anonymous to own us
2011-06-04 07:18:22 <trollpoll> the first phrase
2011-06-04 07:18:23 <trollpoll> "It has come to our unfortunate attention that NATO"
2011-06-04 07:18:33 <trollpoll> NATO was talking about Anonymous
2011-06-04 07:18:36 <trollpoll> not about lulzsec...
2011-06-04 07:19:22 <storm> I thought it was _anyone_ partaking in anti hacktivism personally.
2011-06-04 07:20:17 <trollpoll> yes, but they focused on Anonymous
```

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010059

**FOR OFFICIAL USE ONLY**

| DCFL Laboratory Report | | |
|---|---|---|
| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
| CUSTOMER ADDRESS | | |
| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
| 28 Nov 11 | | |

2011-06-04 07:20:44 <trollpoll> but, its ok... i just read yesterday something like "lulzsec a part of anonymous group"..
2011-06-04 07:21:12 <storm> they'll learn
2011-06-04 07:21:14 <trollpoll> or something like this in a web with some legal stuff about what we do

2011-06-04 08:17:41 <storm> I need an updated target list to ddos.
2011-06-04 08:18:02 <storm> 2600.net is old news

2011-06-04 10:44:47 <storm> what kinda netbook does u haz?
2011-06-04 10:44:51 <storm> I'm getting one
2011-06-04 10:49:31 <lol> just a silly asus thing :D

2011-06-04 10:53:53 <lol> they good, but i should have really got one with a HDD rather than an SSD because SSD's only have a certain ammount of writes
2011-06-04 10:54:04 <lol> so shredding everything with guttman can't be good for it :S

2011-06-04 11:13:58 * t[2] (t@HA-5u1.rkn.75e5ku.IP) has joined #pure-elite
2011-06-04 11:15:46 <t[2]> Account Balance is: 24.52 BTC (414.39 USD @ 16.90)
2011-06-04 11:15:48 <t[2]> our donations ^

2011-06-04 11:15:49 <storm> kayla were you bottle_of_rum?
2011-06-04 11:16:24 <t[2]> bottle of rum = tflow
2011-06-04 11:17:43 <tflow> kayla was parr0t
2011-06-04 11:18:38 <lol> i was parr0t ;3

2011-06-04 11:44:59 <joepie91> A Nintendo spokesman released this statement when asked for comment: "The protection of our customer information is our utmost priority. Therefore, we constantly monitor our security. This particular situation was a server configuration issue that we investigated and resolved a few weeks ago. The server contained no consumer information."
2011-06-04 11:45:00 <joepie91> ^ true?
2011-06-04 11:45:25 <joepie91> about the server config
2011-06-04 11:45:43 <tflow> true
2011-06-04 11:45:48 <tflow> it wasn't a big hack

2011-06-04 12:22:35 <joepie91> http:/▓▓▓▓▓▓▓▓▓▓
2011-06-04 12:22:44 <joepie91> Avunit Sabu tflow lol Topiary
2011-06-04 12:22:46 <joepie91> read pastebin
2011-06-04 12:24:18 <Topiary> see, now that's the entire HBGary crew
2011-06-04 12:24:21 <Topiary> so why is your name in it?
2011-06-04 12:25:46 <joepie91> probably because I was in the leaked logs?
2011-06-04 12:25:53 <joepie91> anyway, is entropy still here under some nick?
2011-06-04 12:25:58 <Topiary> nope
2011-06-04 12:26:10 <joepie91> also, it was tweeted by Awinee
2011-06-04 12:26:16 <Topiary> let's just ignore it

**FOR OFFICIAL USE ONLY**       Page **146** of **235**      **BEB**

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010060

FOR OFFICIAL USE ONLY

| DCFL Laboratory Report | | |
|---|---|---|
| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
| CUSTOMER ADDRESS | | |
| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
| 28 Nov 11 | | |

2011-06-04 12:26:21 <Topiary> been ignoring them all for days
2011-06-04 12:26:22 <joepie91> so I think he just grepped the #hq logs then
2011-06-04 12:26:38 <Topiary> it's fine if we just stay here and don't expose ourselves in other locations
2011-06-04 12:26:41 <Topiary> they can't do anything
2011-06-04 12:27:18 <lol> we should do a mass disinfo campaingn :D?
2011-06-04 12:27:19 <Topiary> 'sides this is Pure Elite not LulzSec, heh luckily our gang of awesome development folks working in side-ops didn't get on that list
2011-06-04 12:27:28 <joepie91> lol
2011-06-04 12:28:07 <lol> lets add the lulzsec.com domain adrian lamo owns and awiness dox and some other jesterfags to a pastebin and call it "lulzsec members" then pastebin spam it so it trends like pr0's :D?
2011-06-04 12:28:16 <trollpoll> lol, i was thinking just on this
2011-06-04 12:28:20 <lol> or you think doing tht will give them more reason to think it is us?
2011-06-04 12:28:22 <trollpoll> but, saying more or less
2011-06-04 12:28:26 <trollpoll> that lulzsec is CIA
2011-06-04 12:28:31 <Topiary> hmm not sure who IS LulzSec really... tflow/Sabu/myself/kayla started it, then tflow was on/off, then Avunit/pwnsauce joined in, then you guys came onboard... :D I guess nobody and everybody
2011-06-04 12:29:28 <tflow> yeah but props to trollpoll for exploiting that fox.com hole
2011-06-04 12:29:34 <Topiary> oh definitely yeah
2011-06-04 12:29:41 <Topiary> we have trollpoll to thank for the first hit
2011-06-04 12:29:49 <Topiary> very good shit
2011-06-04 12:30:05 <trollpoll> not all mine...
2011-06-04 12:30:14 <Topiary> word is that you exploited it up nicely
2011-06-04 12:30:37 <trollpoll> but i lost the lulz :(

2011-06-04 12:35:52 <Topiary> if I were CIA I'd certainly be looking for a crew like this
2011-06-04 12:36:05 <Topiary> seriously if you gave us all a schedule, office building, and paycheques
2011-06-04 12:36:09 <Topiary> we'd just destroy the world

2011-06-04 13:43:05 <joepie91> VPN
2011-06-04 13:43:09 <joepie91> recommendations?
2011-06-04 13:43:13 <Topiary>
2011-06-04 13:44:04 <joepie91> what are the speeds on           ?
2011-06-04 13:44:20 <joepie91> like, will I be able to burst the full 1,8MB/sec of my connection?
2011-06-04 13:45:01 <Topiary> I believe you'll manage
2011-06-04 13:46:07 <joepie91> but Topiary
2011-06-04 13:46:10 <joepie91> what kind of speeds do you get?
2011-06-04 13:46:27 <Topiary> I'm running on 4mbps here and it maxes that

2011-06-04 13:46:43 <joepie91> liberty reserve
2011-06-04 13:46:44 <joepie91> is shitty
2011-06-04 13:46:46 <joepie91> beyond belief
2011-06-04 13:47:22 <Topiary> Account Balance is: 25.09 BTC (429.04 USD @ 17.10)
2011-06-04 13:47:23 <Topiary> u jelly?

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010061

FOR OFFICIAL USE ONLY

| DCFL Laboratory Report | | |
|---|---|---|
| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
| | | |
| CUSTOMER ADDRESS | | |
| | | |
| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
| 28 Nov 11 | | |

```
2011-06-04 13:47:49 <joepie91> http://
2011-06-04 13:47:50 <joepie91> u jelly?
2011-06-04 13:48:21 <joepie91> and no I don't have all those bitcoins anymore :P

2011-06-04 13:50:39 <joepie91> just curious... why are you using a web wallet?
2011-06-04 13:51:04 <Topiary> because client = IP
2011-06-04 13:51:18 <Topiary> I don't buy anything with this wallet
2011-06-04 13:51:25 <Topiary> if we need to buy things, I shift it to someone else

2011-06-04 14:11:23 <joepie91> if you like what lulzsec does, but not what anon does, then don't use the "it's a
crime" argument at all
2011-06-04 14:11:44 <joepie91> on another note, lulzsec has turned quite some attention to cloudflare and
bitcoin it seems :p
2011-06-04 14:11:59 <Avunit> and awinee is promoting avunit.com! :O

2011-06-04 15:08:57 <joepie91> Topiary
2011-06-04 15:11:31 <joepie91> can you generate a new bitcoin address?\
2011-06-04 15:11:34 <joepie91> someone wants to donate
2011-06-04 15:11:39 <joepie91> but doesn't want his transaction to show up
2011-06-04 15:11:42 <joepie91> on the "normal" address
2011-06-04 15:11:53 <Topiary> joepie91: can you take the donation and then forward it to me?
2011-06-04 15:11:56 <joepie91> idk if the wallet you use allows multiple addresses
2011-06-04 15:11:57 <joepie91> and yes
2011-06-04 15:12:03 <joepie91> but it will still be sort of traceable
2011-06-04 15:12:12 <joepie91> there's just an extra hop
2011-06-04 15:12:21 <joepie91> just make an extra one
2011-06-04 15:12:25 <joepie91> just for this transaction
2011-06-04 15:12:27 <Topiary> don't think you can do that
2011-06-04 15:12:39 <joepie91> in the normal client you can.. in fact it's recommended to make a new address
for every transaction
2011-06-04 15:13:04 <Topiary> okay well get him to donate to you, then you send to tflow, then tflow send to the
lulzsec address
2011-06-04 15:13:04 <tflow> i can make one on the bitcoin client if you want
2011-06-04 15:13:20 <tflow> but if i send to lulzsec address
2011-06-04 15:13:26 <tflow> it will be traced back to him
2011-06-04 15:13:33 <joepie91> don't send to lulzsec address
2011-06-04 15:13:36 <joepie91> keep it apart
2011-06-04 15:13:54 <Topiary> okay sure then
2011-06-04 15:13:58 <Topiary> whatever he wants
2011-06-04 15:14:06 <Topiary> if it's 0.01 I will raeg
2011-06-04 15:14:56 <tflow>
2011-06-04 15:16:27 <joepie91> I will probably leave a delay in sending it
2011-06-04 15:16:32 <joepie91> so that he can send it to the anonnews address
2011-06-04 15:16:41 <joepie91> and 1 or 2 days later I can forward it plus a little bit extra to that address
```

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010062

FOR OFFICIAL USE ONLY

| DCFL Laboratory Report | | |
|---|---|---|
| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
| | | |
| CUSTOMER ADDRESS | | |
| | | |
| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
| 28 Nov 11 | | |

2011-06-04 15:16:48 <joepie91> so that it looks as if I just wanted to "share the wealth"

2011-06-04 15:18:15 <Topiary> whenever we buy anything, I transfer from the main hash to side-hashes
2011-06-04 15:24:15 <tflow> a good way to seperate bc addresses it to convert it to mt gox, then convert it backto bc

2011-06-04 16:33:04 <Sabu> guys
2011-06-04 16:33:13 <Sabu> if you head over we have much more ocntrol than on 2600
2011-06-04 16:33:18 <Sabu> so use your pseudonyms
2011-06-04 16:33:29 <Sabu> and lol @ faggotry on here
2011-06-04 16:33:40 <Sabu> register your nicks and tell me them
2011-06-04 16:33:49 <tflow> bottle_of_rum
2011-06-04 16:33:59 <neuron> Registeered BlackBeard
2011-06-04 16:37:14 <joepie91> Sabu: isn't it Ryans IRC...?
2011-06-04 16:39:18 <Sabu> 08:37 <Lulzsupport> dude check this :)
http://www.megaupload.com/?d=0H302G70
2011-06-04 16:39:19 <Sabu> 08:37 <Lulzsupport> but do not spread use for your purposes ;)
2011-06-04 16:39:24 <Sabu> check whats about?
2011-06-04 16:39:37 <neuron> mn ?
2011-06-04 16:39:49 <Sabu> 08:38 <Lulzsupport> [was to give it to captainjack yesterday but i lost him so i didn't have the time to give him the stuff]:)
2011-06-04 16:39:52 <Sabu> 08:38 <Lulzsupport> nope friend but wanna help ;)
2011-06-04 16:39:53 <Sabu> on your vm
2011-06-04 16:39:55 <Sabu> 08:38 <Lulzsupport> check and you say me :)
2011-06-04 16:39:56 <Sabu> download that megaupoad
2011-06-04 16:39:59 <Sabu> 08:38 <Lulzsupport> [the directory issue] its for mantech.com :)
2011-06-04 16:40:01 <Sabu> neuron
2011-06-04 16:40:02 <neuron> Rgr
2011-06-04 16:40:04 <Sabu> see wtf is in it
2011-06-04 16:40:42 <lol> becarefull, if it's pdf's or things like tht
2011-06-04 16:40:52 <lol> open it on a virtual machine
2011-06-04 16:41:00 <neuron> Yeah
2011-06-04 16:41:11 <lol> incase it exploits your pdf viwer or w/e filetype it is
2011-06-04 16:41:35 <Sabu> yeah
2011-06-04 16:41:38 <Sabu> neuron be on point
2011-06-04 16:41:47 <Sabu> make sure your vm is behind vpn etc
2011-06-04 16:41:50 <Sabu> so your ip isnt exposed

2011-06-04 16:46:22 <Sabu> ok who is on here now ?
2011-06-04 16:46:28 <Sabu> the lulzco server
2011-06-04 16:47:09 <neuron> o/ Has BlackBeard
2011-06-04 16:58:50 <neuron> :( im the only opless guy in there *crys*
2011-06-04 17:04:17 <Topiary> neuron, we're trying to hide our numbers and shit, we don't want more people being d0x'd

FOR OFFICIAL USE ONLY

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010063

FOR OFFICIAL USE ONLY

| DCFL Laboratory Report | | |
|---|---|---|
| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
| | | |
| CUSTOMER ADDRESS | | |
| | | |
| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
| 28 Nov 11 | | |

2011-06-04 17:04:28 <Topiary> on the other chan
2011-06-04 17:04:46 <Topiary> see the nicks that are OP'd now are assuming fake personas
2011-06-04 17:04:50 <Topiary> because we leaked fake dox
2011-06-04 17:05:02 <Topiary> we're diverting attention from our real nicks and Anonymous

2011-06-04 17:06:59 <neuron> Sabu: that zip contains a useless ad dump, email address *maybe useful*, A random nasa forcasting ppt from 2009, and a DoD biometric ppt

2011-06-04 17:41:43 <pwnsauce> storm - rootkits?
2011-06-04 17:44:14 <storm> you never got it?
2011-06-04 17:45:17 <storm> lmk where you want it uploaded
2011-06-04 17:45:28 <storm> I'd prefer a shell with scp though.
2011-06-04 17:45:30 <storm> :P
2011-06-04 17:51:32 <pwnsauce> storm - use ██████████████████
2011-06-04 17:51:37 <pwnsauce> its the web interface
2011-06-04 17:51:46 <pwnsauce> all it good for is uploading/downloading shit
2011-06-04 17:55:12 <pwnsauce> storm - thats my priv8 webll she

2011-06-04 17:51:49 <Sabu> https:████████████████████ is the password
2011-06-04 17:51:56 <Sabu> reviving antisec

2011-06-04 18:44:35 <io><Ryan>  /msg botserv badwords #lulzsec add irc.hardchats.com
2011-06-04 18:44:35 <io>>botserv< badwords #lulzsec add irc.hardchats.com
2011-06-04 18:44:35 <io> -BotServ- irc.hardchats.com added to #lulzsec bad words list.
2011-06-04 18:44:35 <io><Ryan> i turned dontkickops on too so voodoo wont get kicked again
2011-06-04 18:45:47 <Sabu> ryan doesnt know any of you are involved
2011-06-04 18:47:18 <io> Sabu, didn't talk to him any further and won't.

2011-06-04 19:39:11 <neuron> lol How many voice interview was Topiary involved in :p every time i watch a new interview its tops voice haha
2011-06-04 19:39:57 <Topiary> blame Westboro Batshit Church
2011-06-04 19:42:15 <Topiary> my shit was about to get raped so hard via DDoS and I didn't want to spend 3 minutes getting back in, so I quickly switched VPNs
2011-06-04 19:42:47 <neuron> lol Topiary how many interviews did you do :P i like to hear them question you
2011-06-04 19:42:59 <Topiary> just that one and the other one really
2011-06-04 19:43:12 <joepie91> also what is lulzsec.net
2011-06-04 19:43:51 <tflow> no idea, it looks like ryan's doing
2011-06-04 19:44:09 <tflow> he also registered lulzsec.org
2011-06-04 19:45:52 <neuron> lol this is the first time i saw the leaked dox
2011-06-04 19:46:22 <Topiary> kayla and I wrote it
2011-06-04 19:46:24 <Topiary> pretty good huh

2011-06-04 20:00:33 <tflow> 'CloudFlare does not censor content online, but we do comply with law enforcement agencies as appropriate.'

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010064

FOR OFFICIAL USE ONLY

## DCFL Laboratory Report

| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
|---|---|---|
| | | |

| CUSTOMER ADDRESS |
|---|
| |

| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
|---|---|---|
| 28 Nov 11 | | |

```
2011-06-04 20:00:40 <tflow> i guess that means handing over ips and stuff
2011-06-04 20:00:44 <tflow> i'm ok with that
2011-06-04 20:01:00 <tflow> they can arrest some random brazilian guy with a unsecured router

2011-06-04 20:31:20 <pwnsauce> I have to hack into my own server cos my sister changed the root password
again

2011-06-04 20:25:53 <trollpoll> hacking from an amd of more or less 10 years...
2011-06-04 20:27:56 <joepie91> specs?
2011-06-04 20:31:05 <trollpoll> AMD-K6(tm)-III Processor
2011-06-04 20:31:13 <trollpoll> Mhz 551
2011-06-04 20:32:06 <trollpoll> i won this laptop in a hacking challenge
2011-06-04 20:32:08 <neuron> physical access makes it much easier
2011-06-04 20:32:18 <trollpoll> well... the rest of the ppl doesnt consider a hacking challenge
2011-06-04 20:32:28 <trollpoll> they just challenge...
2011-06-04 20:32:33 <neuron> should we push some of our funds to buy trollpoll a new laptop?
2011-06-04 20:32:47 <trollpoll> i have 3
2011-06-04 20:33:04 <trollpoll> but, all in use XDD
2011-06-04 20:33:18 <trollpoll> so, i have tor, i have python...
2011-06-04 20:33:24 <trollpoll> i can use links2 with tor...

2011-06-04 20:45:20 <joepie91> you guys are claiming that lulzsec is a CIA op
2011-06-04 20:45:30 <trollpoll> sure
2011-06-04 20:45:31 <joepie91> that Anonymous is working to uncover LulzSec
2011-06-04 20:45:36 <joepie91> that Adrian Lamo is at the head of it all
2011-06-04 20:45:41 <joepie91> and people actually BELIEVE this shit?
2011-06-04 20:45:55 <trollpoll> counter information is usually better than information
2011-06-04 20:46:06 <trollpoll> as i was talking before
2011-06-04 20:46:20 <trollpoll> make the ppl think lulzsec is CIA group
2011-06-04 20:46:24 <trollpoll> makes sense even for me
2011-06-04 20:46:52 <Topiary> we're not claiming anything joepie, we're letting other people think things
2011-06-04 20:47:11 <trollpoll> btw, what channels are u using?
2011-06-04 20:47:17 <trollpoll> 4chan? forums? chats?
2011-06-04 20:47:19  its called mis-information
2011-06-04 20:47:20  :]
2011-06-04 20:47:23 <Topiary> twitter.com/lulzsec
2011-06-04 20:47:24  not counter information
2011-06-04 20:49:27 <neuron> do people think anonymous is after us?
2011-06-04 20:49:42 <trollpoll> i think so, but storm doesnt :P

2011-06-04 21:08:47 <pwnsauce> how long should mtgox take
2011-06-04 21:08:52 <pwnsauce> to trnafer BTC to LR
2011-06-04 21:09:06 <joepie92> I always do SEPA transfers
2011-06-04 21:10:45 <neuron> going from BTC to LR to USD?
```

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010065

FOR OFFICIAL USE ONLY

| DCFL Laboratory Report | | |
|---|---|---|
| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
| | | |
| CUSTOMER ADDRESS | | |
| | | |
| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
| 28 Nov 11 | | |

2011-06-04 21:11:04 <pwnsauce> BTC -> LR -> Someone Elses LR i think
2011-06-04 21:11:23 <Sabu> we need to own some serious bitcoins .
2011-06-04 21:14:14 <storm> we have 400+ in donations
2011-06-04 21:16:27 <Topiary> already sent kayla money for bots, sending Sabu money for servers when he wants it
2011-06-04 21:16:30 <Topiary> we have 500USD in donations
2011-06-04 21:17:28 <trollpoll> really i wonder how ppl supports lulzsec more than Anonymous...

2011-06-04 21:21:03 <joepie91> OpNoPro says
2011-06-04 21:21:08 <joepie91> that 2 of the people in the dox are correct at least
2011-06-04 21:21:11 <joepie91> and he doesn't know about the others
2011-06-04 21:22:55 <Topiary> he most know that shit, kayla and I wrote those dox and we HATE LULZSEC FAGGOTS

2011-06-04 21:24:27 <lol> guys i dont think us being on tht irc is a good idea
2011-06-04 21:24:33 <lol> please dont follow any of their links
2011-06-04 21:24:36 <joepie91> what IRC?
2011-06-04 21:24:38 <lol> they know what they're doing
2011-06-04 21:24:46 <joepie91> ED?
2011-06-04 21:24:50 <lol> yeh
2011-06-04 21:27:02 <joepie91> can you guys connect to ▨▨▨▨▨▨▨?
2011-06-04 21:27:02 <joepie91> irc
2011-06-04 21:27:26 <Topiary> everyone leave ED IRC
2011-06-04 21:27:35 <Topiary> this is serious, military hackers trying to hack us
2011-06-04 21:27:37 <Topiary> don't stay there
2011-06-04 21:28:17 <pwnsauce> i propose Operation:/b/ackraid
2011-06-04 21:28:23 <pwnsauce> we need .mil targets
2011-06-04 21:29:12 <storm> how do you know Topiary?
2011-06-04 21:29:27 <Topiary> they were PMing us
2011-06-04 21:31:19 <lol> look, those mil/fbi trolls are smart, everyone i talked to how claimed to be a hacker knows their shit and it not just pentesting shit i was going over scada which is like automation in machines and vulnerabilities and he was talking about clinet side attacks and shit they know what they're doing and you'd be a fool to think they're not there to pwn you
2011-06-04 21:31:52 <lol> we dont need to be on tht irc
2011-06-04 21:31:52 <lol> it's not safe
2011-06-04 21:32:01 <lol> please just leave it
2011-06-04 21:32:05 <neuron> i think we should move to our newer irc
2011-06-04 21:32:21 <lol> i really hope no one here has followed any of their links or opened any of their files
2011-06-04 21:32:29 <Topiary> don't think so
2011-06-04 21:32:39 <storm> i didnt
2011-06-04 21:32:42 <neuron> Im not in there and not oped so i didnt
2011-06-04 21:32:53 <Sabu> ok
2011-06-04 21:33:02 <Sabu> now that we had our public face the day
2011-06-04 21:33:06 <Sabu> lets focus on our next moves

DCFL Form 4 v1.7
Approved by: Laboratory Director          **FOR OFFICIAL USE ONLY**          Page **152** of 235   **BEB**
This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010066

**FOR OFFICIAL USE ONLY**

| DCFL Laboratory Report | | |
|---|---|---|
| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
| CUSTOMER ADDRESS | | |
| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
| 28 Nov 11 | | |

```
2011-06-04 21:33:25 <Sabu> neuron what are you up to?
2011-06-04 21:33:28 <lol> everyone just leave tht server forget it exists
2011-06-04 21:33:39 <neuron> Sabu: me and pwnsauce are working on a nice RAT
2011-06-04 21:33:47 <neuron> that is my current focus
2011-06-04 21:34:09 <neuron> if im needed else were do tell
2011-06-04 21:34:10 <lol> most of them were talking really smarmy too like they had somethig on us
2011-06-04 21:34:28 <lol> if someone in this chan got owned we're all compromised now
2011-06-04 21:34:45 <Sabu> ok great
2011-06-04 21:34:53 <neuron> If you were on that chan and you opened a file. rm your box plox
2011-06-04 21:35:04 <Sabu> neuron focus on the rat
2011-06-04 21:35:30  SO MUCH FOR OPSEC

2011-06-04 21:50:37 <storm> halfdead is good pplz
2011-06-04 21:52:01 <storm> hes a friend from #phrack
2011-06-04 21:52:03 <storm> hes hardcore
2011-06-04 21:54:03 <io> he's op in #phrack on efnet
2011-06-04 21:54:12 <io> which is not the ezine btw but the group
2011-06-04 21:54:35 <storm> he is friends with 2l8
```

-lulzsec-#pure-elite.log:

```
May 31 11:19:38       XSS in billoreilly lol
May 31 11:19:42 



May 31 11:19:50       also a URL redirection
May 31 11:19:51 


May 31 11:50:06 <Avunit>       Get on the new IRCd; use your login @ http://               to check how to!
May 31 11:51:18 *       Neuron rages my login info is on my other machine :( Avunit help a man out?
May 31 11:51:28 <Avunit>       lol
May 31 11:51:31 <Avunit>       ill reset your pass
May 31 11:51:35 <Avunit>       sinc ei cant obviously read it

May 31 11:53:30 <Avunit>       Anyway need to move asap, i only havent spoken to devrandom yet

May 31 11:58:25 *       Topic for #pure-elite is: [pE] security research and development. | PRIV8!PRIV8!PRIV8!
No leaks, no vanity. Everything stays here. | work with trollpoll on .es targets. MSG him for infos. google search
site:gob.es for fun
May 31 11:58:25 *       Topic for #pure-elite set by Sabu!sabu@netadmin.operationfreedom.ru at Wed May 25
16:25:57 2011
```

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010067

**FOR OFFICIAL USE ONLY**

| DCFL Laboratory Report | | |
|---|---|---|
| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
| | | |
| CUSTOMER ADDRESS | | |
| | | |
| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
| 28 Nov 11 | | |

May 31 12:07:01 *        Avunit has changed the topic to: Get on the new IRCd; use your login @
http://█████████ to check how to! /join #pure-elite on the new IRCd!

May 31 12:26:42 <Neuron_>        Avunit: your script hates backtrack :P

Jun 01 02:59:58 <storm>        i can get you guys
Jun 01 03:00:02 <storm>        lulsec.lulz.net
Jun 01 03:00:10 <storm>        or sec.lulz.net
Jun 01 03:00:11 <storm>        or whatever
Jun 01 03:00:22 <Topiary>        we're working on a website at the moment
Jun 01 03:00:28 <Topiary>        'sides we already has haz.lulz.net
Jun 01 03:00:41 <Topiary>        I will show you the design for the site so far
Jun 01 03:00:46 <storm>        you have access to lulz.net?
Jun 01 03:00:53 <storm>        my friend owns it >:|
Jun 01 03:01:15         lulz.net is ran by furrys
Jun 01 03:01:18         yiff in hell
Jun 01 03:01:45 <Topiary>        http://i.imgur.com/dFaz0.jpg banner at the top links to whatever, rest is just
background (including rainbow)
Jun 01 03:07:05 <joepie92>        do you has any more screenshots of site design?
Jun 01 03:08:49 <Topiary>        only has this other one: http://i.imgur.com/3WpEq.jpg

Jun 01 03:14:44 <Topiary>        ah wait that was Adrian Chen sending us those insulting tweets
Jun 01 03:15:17 <Topiary>        he tried to arrange an interview with LulzSec, told him to fuck off before Gawker
gets rooted
Jun 01 03:15:26 <Topiary>        then he tweets us saying PBS hack was stupid

Jun 01 03:21:33 <joepie92>        AT&T :o
Jun 01 03:21:42 <joepie92>        didn't we have some... AT&T noms?
Jun 01 03:21:50 <lol>    yes :D
Jun 01 03:22:06 <lol>    i think it was only their buisnuiess stuff?

Jun 01 03:30:45 <lol>    fuck if it was road runner i know someone who can fully dox IP -> address name
everything

Jun 01 03:31:40 <lol>    ██████████████████
Jun 01 03:31:40 <lol>    is flordia?
Jun 01 03:31:48 <storm>        i'm in florida
Jun 01 03:31:50 <storm>        :O

Jun 01 05:57:48 <lol>        Topiary: So yeh, the thing with anonnet, entub, whywe protest all started because
my friend C ddos'd anonnet and i got the blame for it, genome was ranting at me for ages saying my ddos was
pathetic it wasn't even me who ddos'd him
Jun 01 05:57:59 <lol>        so i thought "fuck it, ill show you ddos"
Jun 01 05:58:11 <lol>        kept enturb, wwp, anonnet down for 3 weeks

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010068

FOR OFFICIAL USE ONLY

## DCFL Laboratory Report

| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
|---|---|---|
| | | |

| CUSTOMER ADDRESS |
|---|
| |

| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
|---|---|---|
| 28 Nov 11 | | |

| | |
|---|---|
| Jun 01 05:58:23 <lol> | then genome was demanding my dox |
| Jun 01 05:58:26 <lol> | so i dox'd him |
| Jun 01 05:58:52 <lol> | http:// |
| Jun 01 05:59:05 <lol> | he raged like fuck for ages |
| Jun 01 05:59:11 <lol> | threatening all kinds |
| Jun 01 05:59:14 <lol> | so i did this |
| Jun 01 05:59:30 <lol> | http:// |
| Jun 01 05:59:35 <lol> | rooted tht shit :D |
| Jun 01 05:59:48 <lol> | after tht he p much gave up :D |
| | |
| Jun 01 06:04:19 <lol> | storm: http:// |
| Jun 01 06:05:30 <lol> | liek the shell, phpbot if you want it to spread and the perl bot to spread and the id's aswell as the google.php thts the google bypas but i dont know if the google bypass still works |
| Jun 01 06:06:06 <lol> | ##[ KONFIGURASI URL ]## |
| Jun 01 06:06:06 <lol> | my $fx29id = |
| Jun 01 06:06:06 <lol> | my $fx29id2 = |
| Jun 01 06:06:07 <lol> | my $fx29sh = |
| Jun 01 06:06:07 <lol> | my $bypass = (Optional) |
| Jun 01 06:07:50 <lol> | there's alot to config in it :O |
| Jun 01 06:08:05 <lol> | but hopefully the google bypass "google.php" will still work :D |
| | |
| Jun 01 07:26:46 <Topiary> | over the last 6 months, we've probably given Parmy more views than she's had in her entire career |
| Jun 01 07:27:23 <Topiary> | still: http:/ |
| Jun 01 07:27:27 <Topiary> | our greatest achievement to date? |
| Jun 01 07:28:13 <joepie92> | Parmy gets views, anon/lulzsec gets exposure |
| Jun 01 07:28:23 <joepie92> | and notable sources :D |
| Jun 01 07:28:42 <Topiary> | Parmy has a friend over at WSJ, she's gonna ask him if they had a good time over the printing of nyan cat |
| Jun 01 07:28:54 <Topiary> | she's like our wonderful media outlet 0day |
| Jun 01 07:29:28 <Topiary> | Parmy "0day" Olson |
| Jun 01 07:29:32 <Topiary> | she's a nice lady |
| Jun 01 07:30:13 <Topiary> | LulzSec also defaced the official PBS statement in response to the attack. PBS could not be reached for further comment. |
| Jun 01 07:30:38 <Topiary> | http:/ |
| Jun 01 07:30:42 <Topiary> | this used to be pbs.org/whiskey |
| | |
| Jun 01 07:49:39 <Topiary> | you're definitely our LulzSec cannonfire officer |
| Jun 01 07:49:54 <Topiary> | kayla is our assassin/spy |
| Jun 01 07:50:02 <Topiary> | we dock in ports and she immerses = |
| Jun 01 07:50:04 <Topiary> | and eliminates |
| Jun 01 07:50:52 <lol> | currently 46 boats in the harbour |

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010069

FOR OFFICIAL USE ONLY

| DCFL Laboratory Report | | |
|---|---|---|
| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
| | | |
| CUSTOMER ADDRESS | | |
| | | |
| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
| 28 Nov 11 | | |

```
Jun 01 07:51:16 <lol>            * [^_^]-70335 ([^_^]-70335@HA-ek9.ljf.k5jhin.IP) Quit
Jun 01 07:51:21 <lol>            45*

Jun 01 07:59:27 <lol>   C:\Documents and Settings\kayla>ping collective.2600.net

Jun 01 08:12:48 <joepie92>       if you're bored
Jun 01 08:12:56 <joepie92>       http://███████████████████████████
Jun 01 08:13:13 *        joepie92 smells XSS

Jun 01 12:48:31 <lol>   this is an old loader my friend wrote ages ago, it's for loading bots from a list of CISCO
ip's http://██████████████
Jun 01 12:48:52 <lol>   we need something of the same effect
Jun 01 12:49:50 <Neuron_>        http://█████████████
Jun 01 12:49:57 <Neuron_>        this is the lame code im playing with right now

Jun 01 13:19:38 <pwnsauce>       Neuron - got something inteeresting
http://███████████████████████
Jun 01 13:19:48 <pwnsauce>       its got a lnk to a bin

Jun 01 13:24:25 <Sabu>           storm
Jun 01 13:24:31 <Sabu>           get your boxes ready
Jun 01 13:24:35 <Sabu>           I want you to hit them for a bit
Jun 01 13:25:29 <Sabu>           you there niggy?
Jun 01 13:29:59 <Sabu>           storm hit their ircds again
Jun 01 13:30:04 <Sabu>           take out collection
Jun 01 13:30:05 <Sabu>           and madjack
Jun 01 13:34:44 <joepie92>       - madjack.2600.net -------------------------------- | Users:   104 (19.6%)
Jun 01 13:34:44 <joepie92>       - `- blackbeard.2600.net -------------------------- | Users:     0 (0.0%)
Jun 01 13:34:44 <joepie92>       -   |- collective.2600.net ---------------------- | Users:   252 (47.5%)
Jun 01 13:34:44 <joepie92>       -   |- djslocker.2600.net ----------------------- | Users:   166 (31.3%)
Jun 01 13:34:44 <joepie92>       -   `- services.2600.net ------------------------ | Users:     9 (1.7%)

Jun 01 14:32:36 <joepie92>       what's the quickest way to crack a WPA-PSK key
Jun 01 14:33:32 <trollpoll>      hm, rainbow tables?
Jun 01 14:34:39 <trollpoll>      but, if is this kind of routers pre-configured with WPA key obtained
automatically using MAC & ESSID
Jun 01 14:34:41 <joepie92>       so rainbow tables might not be the best idea...
Jun 01 14:34:50 <trollpoll>      what kind of essid is it?
Jun 01 14:34:51 <joepie92>       thomsons
Jun 01 14:35:06 <trollpoll>      in spain the jazztel_XXXX are quickly crackeable
Jun 01 14:35:11 <trollpoll>      and WLAN_XX too
Jun 01 14:35:15 <trollpoll>      and WLAN_XXXX too

Jun 01 15:52:12 <Neuron>         well we can do business just don't let him in here?
```

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010070

FOR OFFICIAL USE ONLY

| DCFL Laboratory Report | | |
|---|---|---|
| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
| | | |
| CUSTOMER ADDRESS | | |
| | | |
| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
| 28 Nov 11 | | |

| | |
|---|---|
| Jun 01 15:52:22 <Topiary> | oh no no no definitely not coming in here |
| Jun 01 15:52:26 <Topiary> | we can set up a neutral chan on Unreal |
| Jun 01 15:52:50 <Topiary> | this shit is sealed tight unless Sabu says the words "100% trusted" |
| Jun 01 15:55:17 <Topiary> | well guys put on fake names, don't give him personal info, get onto irc.unrealirc.net (or .com can't remember), do /mode <you> +T |
| Jun 01 16:03:15 <Topiary> | okay pwnsauce you're gonna have to pretend to just be another trading partner |
| Jun 01 16:03:18 <Topiary> | as pwnsauce == Anonymous |
| Jun 01 16:14:50 <Sabu> | topiary |
| Jun 01 16:14:54 <Sabu> | that guy that gave me senate |
| Jun 01 16:14:58 <Sabu> | is the guy that owned g00ns |
| Jun 01 16:14:59 <Sabu> | ROFL |
| Jun 01 16:19:07 <Topiary> | your Brazil social game cracks me up |
| Jun 01 16:19:47 <Sabu> | its so true too have oyu guys ever talked to a real hardcore brazillian hacker? |
| Jun 01 16:19:51 <Sabu> | they are out of control .... |
| Jun 01 16:23:01 <Neuron_> | is Fox trustable? |
| Jun 01 16:23:14 <Sabu> | no one is trustable outside out crew |
| Jun 01 16:23:17 <Sabu> | remember that neuron |
| Jun 01 16:23:20 <Sabu> | our* |
| Jun 01 16:25:45 <trollpoll> | btw who is nakomis? |
| Jun 01 16:25:57 <Topiary> | some Anonfag |
| Jun 01 16:25:58 <Sabu> | hes some ex-military guy thats "anon" |
| Jun 01 16:26:00 <Sabu> | you know |
| Jun 01 16:26:06 <Sabu> | hes marine intelligence right topiary? |
| Jun 01 16:26:08 <Sabu> | thats what he told me |
| Jun 01 16:26:11 <Sabu> | ex-marine |
| Jun 01 16:26:16 <Topiary> | not sure, seen him on TinyChat |
| Jun 01 16:26:22 <Topiary> | the person who made that Anon wiki thinks he's with us |
| Jun 01 16:30:01 <Sabu> | this guy fox |
| Jun 01 16:30:04 <Sabu> | might be bullshit |
| Jun 01 16:30:11 <Sabu> | may even better jester himself |
| Jun 01 16:31:02 <pwnsauce> | I'm being nice to hom |
| Jun 01 16:31:16 <pwnsauce> | going to get ALL his goodies |
| Jun 01 16:31:29 <Topiary> | if he is a spy, he'll do that to gain trust |
| Jun 01 16:32:09 <pwnsauce> | im just goodierping |
| Jun 01 16:34:20 <Sabu> | I JUST FIGUREDO UT |
| Jun 01 16:34:21 <Sabu> | WHO HE IS |
| Jun 01 16:35:09 <Sabu> | he fucked up |
| Jun 01 16:35:18 <Sabu> | <@Fox> |
| Jun 01 16:35:18 <Sabu> | <@Fox> |

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010071

**FOR OFFICIAL USE ONLY**

| DCFL Laboratory Report | | |
|---|---|---|
| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
| | | |
| CUSTOMER ADDRESS | | |
| | | |
| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
| 28 Nov 11 | | |

```
Jun 01 16:35:18 <Sabu>        <@Fox> The other one is a xerobank VPN set
Jun 01 16:35:18 <Sabu>        <Brazil> rob you still got access to hostgator?
Jun 01 16:35:18 <Sabu>        <@Fox> lol, I can, but not at this second.
Jun 01 16:35:18 <Sabu>        <@Fox> por que?
Jun 01 16:35:18 <Sabu>        <Brazil> they have a few targets I'd like to own :)
Jun 01 16:35:21 <pwnsauce>    florida
Jun 01 16:35:34 <Sabu>        he just admitted oh man
Jun 01 16:35:36 <pwnsauce>    Sabu - Rob, Florida, Smokes,
Jun 01 16:35:45 <pwnsauce>    pentest cmpany
Jun 01 16:35:48 <pwnsauce>    who is he?
Jun 01 16:35:59 <Sabu>        he is founder of hostgater bro
Jun 01 16:36:26 <Sabu>        if this is the real rob
Jun 01 16:36:29 <Sabu>        we have a gold mind

Jun 02 14:39:58 <pwnsauce>    kl0ps... where does I know you from?
Jun 02 14:40:17 <lol>   kl0ps is from #internetfeds :D

Jun 02 14:47:00 <joepie91>    k guys, I have to work on interpreting Iran emails for a bit

Jun 02 15:58:51 <Recursion>   who the fuck is ShadowDXS?
Jun 02 15:59:09 <Neuron>      guy from anonops hes cool

Jun 02 16:15:03 <joepie91>    post bitcoin address
Jun 02 16:15:08 <joepie91>    in #lulzsec
Jun 02 16:27:36 <Neuron>      or i will
Jun 02 16:27:38 <joepie91>    lemme make an address
Jun 02 16:27:53 <joepie91>    ███████████████████████

Jun 02 16:32:26 <Topiary>     ███████████████████████
Jun 02 16:32:30 <Topiary>     is our bitcoin

Jun 02 16:44:32 <Topiary>     ███████████████████████
Jun 02 16:44:35 <Topiary>     that's our new one by the way

Jun 02 16:44:12 <joepie91>    btw, http://████████████████
Jun 02 16:44:17 <joepie91>    got the .tar.bz2 there
Jun 02 16:44:20 <joepie91>    it's not going anywhere
Jun 02 16:44:29 <joepie91>    so feel free to link if needed

Jun 02 16:49:14 <Sabu>        I don't have to say this more than one I hope
Jun 02 16:49:30 <Sabu>        but people on 2600 are not your friends 95% are there to social engineer you
Jun 02 16:49:35 <Sabu>        to analyze how you talk
Jun 02 16:49:39 <Sabu>        and make connections
Jun 02 16:49:44 <Sabu>        I am just reminding you
```

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010072

**FOR OFFICIAL USE ONLY**

| DCFL Laboratory Report | | |
|---|---|---|
| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
| | | |
| CUSTOMER ADDRESS | | |
| | | |
| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
| 28 Nov 11 | | |

| | |
|---|---|
| Jun 02 16:49:55 <Recursion_> | this is the reason why I either dont talk, or I talk completely differently. |
| Jun 02 16:49:56 <Sabu> | don't go off and befriend any of them |
| Jun 02 16:50:01 <Sabu> | if they message you with info |
| Jun 02 16:50:09 <trollpoll> | yes, pretty sure, thats why i  dont talk so much, because of my poor english xDDD |
| Jun 02 16:50:11 <Sabu> | save it and pastee.org |
| Jun 02 16:50:18 <Sabu> | if they give you code or rars or weird urls |
| Jun 02 16:50:31 <Sabu> | grab from vps server no dcc nothing thats risky |
| Jun 02 16:50:34 <Sabu> | be smart about shit |
| Jun 02 16:50:41 <Sabu> | if any of you get owned I'll lol |
| Jun 02 16:51:57 <Neuron> | i don't talk to them the same way i talk here thats for sure :P |
| Jun 02 16:52:29 <lol> | i allways talk in broken english to them because i am "from pakistan" |
| Jun 02 16:55:21 <lol> | another protip even if you are american dont spell it "color" use "colour" which is wider used arround the world just saying "color" means you are american |
| | |
| Jun 02 17:05:34 * | joepie91 should get a Cinfu |
| Jun 02 17:05:50 <Neuron> | joepie91: i got a 3 month for $8 so good |
| Jun 02 17:06:09 <joepie91> | how good is it? as in responsive? |
| Jun 02 17:06:16 <Neuron> | its in germany so a bit of lag |
| Jun 02 17:06:20 <Neuron> | but its on a 100mbs line |
| Jun 02 17:06:25 <joepie91> | I'm in europe lol |
| Jun 02 17:06:35 <joepie91> | netherlands, more exactly |
| Jun 02 17:08:34 <joepie91> | YouAreAPirate = me |
| | |
| Jun 02 17:14:55 <Neuron> | i just looked at this guys source for "sonydev.net" |
| Jun 02 17:14:59 <Neuron> | it seems ligit.. php file etc |
| Jun 02 17:15:07 <Neuron> | still investigating in my vm |
| | |
| Jun 02 17:17:01 <Neuron> | url: http:// |
| Jun 02 17:17:11 <Neuron> | pass: |
| Jun 02 17:17:54 <Sabu> | 55mb neuron? |
| Jun 02 17:17:56 <Neuron> | downloading |
| Jun 02 17:18:06 <Sabu> | which site is this for? |
| Jun 02 17:18:08 <Sabu> | sonydev.net? |
| Jun 02 17:18:44 <Neuron> | its a svn pull |
| Jun 02 17:18:50 <Neuron> | so technicly you can svn update it |
| Jun 02 17:19:02 <Neuron> | im sure we can find the pass somewhere on sony |
| | |
| Jun 02 17:28:13 <Neuron> | Recursion: im on the irc talking to people |
| Jun 02 17:28:21 <Recursion> | on 2600? |
| Jun 02 17:30:04 <Neuron> | yup |
| Jun 02 17:30:17 <Neuron> | Now talking to guy who claims he has a simple way to break into mantech.com |
| | |
| Jun 02 17:43:08 <storm> | how did I know it was you: cause no one does a fake ass haddem laugh better |

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010073

FOR OFFICIAL USE ONLY

## DCFL Laboratory Report

| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
|---|---|---|
| | | |

| CUSTOMER ADDRESS |
|---|
| |

| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
|---|---|---|
| 28 Nov 11 | | |

than you.
Jun 02 17:43:30 <Sabu>       EhehahEHUUEAhhahhauehuUHEHAHHeuaheuhUHAeaheaueAHAUHEAE
Jun 02 17:44:16 <Sabu>       my brazil character
Jun 02 17:44:20 <Sabu>       is based off haddem

Jun 02 17:45:46 <Sabu>       topiary/neuron - should we just leak the source code for scedev.net /
Jun 02 17:46:43 <Neuron>     Sabu: I wouldn't suggest it just yet we could use more of his shit
Jun 02 17:46:57 <Sabu>       what else is he offering?
Jun 02 17:46:58 <Neuron>     hes a sony dev :P
Jun 02 17:47:05 <Neuron>     if we keep quite we can get more
Jun 02 17:47:07 <Sabu>       so tell him
Jun 02 17:47:13 <Sabu>       to give us access into sony network
Jun 02 17:47:41 <Neuron>     ill see he said he was a ex sony dev but has access
Jun 02 17:47:43 <storm>      social engineer him into that shit
Jun 02 17:47:58 <Sabu>       he logged off
Jun 02 17:48:03 <Neuron>     he will be on 2600
Jun 02 17:48:07 <Neuron>     idle later so ill talk
Jun 02 17:48:08 <Sabu>       so he messaged you
Jun 02 17:48:10 <Sabu>       gave you source
Jun 02 17:48:12 <Sabu>       llogged off?
Jun 02 17:50:28 <Neuron>     yeah he likes us or something

Jun 02 18:06:56 <Sabu>       tor is not trustable
Jun 02 18:07:05 <Sabu>       please dont use for anything other than random site visitng

Jun 02 18:12:40 <storm>      ill give anyone an ipv6 shell
Jun 02 18:12:42 <storm>      straight up
Jun 02 18:12:42 <Recursion>  aye-aye, storm
Jun 02 18:12:46 <storm>      cause i love you guys

Jun 02 18:13:18 <Sabu>       sony was leaked
Jun 02 18:13:22 <Sabu>       we got bigger projects
Jun 02 18:13:37 <Sabu>       atm neuron has access to source code to scedev.net socny dev team

Jun 02 18:13:42 <joepie91>   Topiary: just a tip, Frantech has an automated nullrouting system in place. If you
DDoS Laurelais IP, he will disappear from the internet for a while, and if you keep doing it he will be booted
from their service.
Jun 02 18:14:25 <Topiary>    Laurelai was the one who compromised our HBGay logs

Jun 02 18:16:00 <Neuron>     HI! who are you and whats your posion?
Jun 02 18:16:46 <Neuron>     For funzies Topiary: we have a IAMA request on reddit if your intrested
Jun 02 18:17:08 <Topiary>    what's that?
Jun 02 18:17:31 <Neuron>     basically a Qand A session on reddit
Jun 02 18:17:39 <Neuron>     were redditors ask questions an you answer

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010074

**FOR OFFICIAL USE ONLY**

| DCFL Laboratory Report | | |
|---|---|---|
| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
| | | |
| CUSTOMER ADDRESS | | |
| | | |
| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
| 28 Nov 11 | | |

| | |
|---|---|
| Jun 02 18:18:00 <Sabu> | wait |
| Jun 02 18:18:06 <Sabu> | you guys started a iama on reddit? |
| Jun 02 18:19:00 <Sabu> | I will go to your homes and kill you. |
| Jun 02 18:19:13 <Recursion> | Neuron: are you serious? |
| Jun 02 18:19:17 <Sabu> | if you really started an iama bro |
| Jun 02 18:19:24 <Sabu> | you really dont understand what we are about here |
| | |
| Jun 02 18:22:04 <Recursion> | we shouldn't interface with the public any more than we have to |
| Jun 02 18:22:12 <Topiary> | twitter is enough |
| Jun 02 18:22:21 <Topiary> | our formspring was dumb so I stopped answering questions weeks ago |
| | |
| Jun 03 13:15:48 * | Topic for #pure-elite is: pE \| Today we're having a meeting - stick around |
| Jun 03 13:15:48 * | Topic for #pure-elite set by Sabu!sabu@HA-06g.14k.jdcvo3.IP at Fri Jun  3 09:41:46 2011 |
| | |
| Jun 03 13:18:17  | so tell me about the new sony hack |
| Jun 03 13:18:20  | and all the lulz i missed |
| Jun 03 13:18:33 <Sabu> | we just dorpped what we had |
| Jun 03 13:18:41 <Sabu> | everyone went crazy for it |
| Jun 03 13:18:44  | you mean with the coupons? |
| Jun 03 13:18:57  | was it from that SQLi |
| Jun 03 13:21:57 <Sabu> | yeah |
| | |
| Jun 03 14:21:29 <joepie91> | http://████████████ |
| Jun 03 14:21:33 <joepie91> | sign up there |
| Jun 03 14:21:37 <joepie91> | it's what opmetalgear uses as well |
| | |
| Jun 03 15:59:01 <Topiary> | CloudFlare CEO = our homeboy |
| Jun 03 15:59:05 <Topiary> | BitCoin owner = our homeboy |
| Jun 03 15:59:08 <Topiary> | Pastebin owner = our homeboy |
| Jun 03 15:59:13 <Topiary> | Mediafire owner = faggot |
| Jun 03 15:59:54 <joepie91> | "bitcoin owner" |
| Jun 03 15:59:55 <joepie91> | no exist |
| | |
| Jun 03 20:34:12 <Neuron> | whos tflow ? |
| Jun 03 20:34:38 <tflow> | i've been here since the start of lulzsec, just not in this chan |
| Jun 03 20:35:44 <Neuron> | ahh i see.. hi o/ im neuron the local keyboard cowboy *i code* |

-lulzsec-neuron.log:

| | |
|---|---|
| May 31 11:23:26 <Neuron> | idk if you still have the link to v12.php if ya do paste it. i forgot to move it to my laptop |
| May 31 11:23:35  | ok |
| May 31 11:23:45  | http://████████/v12.txt |

**FOR OFFICIAL USE ONLY**

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010075

FOR OFFICIAL USE ONLY

| DCFL Laboratory Report | | |
|---|---|---|
| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
| | | |
| CUSTOMER ADDRESS | | |
| | | |
| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
| 28 Nov 11 | | |

| | |
|---|---|
| May 31 23:54:59  | how many busy box's have you pwn'd :] |
| May 31 23:55:17 <Neuron> | lol we have a huge list |
| May 31 23:55:27  | can you flood with them? |
| May 31 23:55:30 <Neuron> | we just haven't been able to find a realiable way to bot them. Im working on a simple bash bot |
| May 31 23:56:03  | you really have 38k pwned |
| May 31 23:56:05  | using credentials? |
| May 31 23:56:09 <Neuron> | root root |
| May 31 23:56:10 <Neuron> | root admin |
| May 31 23:56:15  | realyl? |
| May 31 23:56:34 <Neuron> | kayla did a ssh brute force down an entire brazillian ip range |
| May 31 23:56:38 <Neuron> | 189.*.*.* |
| | |
| Jun 01 00:00:40  | want my 2 cents on this? |
| Jun 01 00:00:45 <Neuron> | sure whats up? |
| Jun 01 00:00:50 <Neuron> | persistant connections = bad |
| Jun 01 00:00:51  | always |
| Jun 01 00:00:55  | IRC is dead |
| Jun 01 00:00:57  | look to the future |
| Jun 01 00:01:04  | a simple CnC method for this |
| Jun 01 00:01:11  | that would be wholly less detectable |
| Jun 01 00:01:19  | would be to have the bots connect to a webserver periodically |
| Jun 01 00:01:24  | and download commands |
| Jun 01 00:01:30  | instead of being connected to an IRC 24x7 |
| Jun 01 00:01:34  | where they can be sniff'd and shit |
| Jun 01 00:01:57  | thats how I control my PHP bots |
| Jun 01 00:02:04  | much more reliable |
| Jun 01 00:02:16 <Neuron> | ▓▓▓▓▓▓ root admin |
| | |
| Jun 01 00:08:04 <Neuron> | heres the list kayla gave me |
| Jun 01 00:08:11 <Neuron> | you gotta find one that works i suggest the last 50 or so |
| Jun 01 00:08:14 <Neuron> | http://▓▓▓▓▓▓ |
| Jun 01 00:08:20  | i thought you said 38k |
| Jun 01 00:08:22 <Neuron> | its an old list she has a bigger on on a flash at her hous |
| Jun 01 00:08:35 <Neuron> | :P her dad was asleep so she couldn't grab it |
| Jun 01 00:08:51  | have you seen a picture of her |
| Jun 01 00:08:55 <Neuron> | no |
| Jun 01 00:08:57  | me neither |
| Jun 01 00:09:02  | i wonder if shes hot |
| Jun 01 00:09:09 <Neuron> | i read shes 16 XD |
| Jun 01 00:12:15 <Neuron> | here: ▓▓▓▓▓▓ root root |
| Jun 01 00:26:46 <Neuron> | these are routers |
| Jun 01 00:26:49 <Neuron> | so they will never turn off :/ |

FOR OFFICIAL USE ONLY

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010076

FOR OFFICIAL USE ONLY

| DCFL Laboratory Report | | |
|---|---|---|
| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
| | | |
| CUSTOMER ADDRESS | | |
| | | |
| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
| 28 Nov 11 | | |

```
Jun 01 00:28:42       sabu is mad because i troll the crew
Jun 01 00:28:55       i trolled avu pretty hard
Jun 01 00:28:59       cause i pwn'd the new box
Jun 01 00:29:05       i found an LFI
Jun 01 00:29:09       on the new shipyard server
Jun 01 00:29:16       
http://████████/docs/index.php?p=../../../../../../../../../../../../../etc/passwd


Jun 01 01:03:40       i can already see my fate
Jun 01 01:03:43       im gonna troll to hard
Jun 01 01:03:45       and get kicked out
Jun 01 01:04:02       you might need to add me on aim or something
Jun 01 01:04:05       case they nix me
Jun 01 01:04:22 <Neuron>       skype = neuralnetworkneuron
Jun 01 01:04:33       lulz, you can actually write neural networks?
Jun 01 01:04:39 <Neuron>       yeah
Jun 01 01:04:45       i tried to make one in perl
Jun 01 01:04:47       using recursion
Jun 01 01:04:53       to randomly generate large numbers
Jun 01 01:05:01       and select seeds that created larger numbers
Jun 01 01:05:03 <Neuron>       im studying advancing computer science and artifical life programming has my
degrees ;)


Jun 01 01:15:03       where are you going to school
Jun 01 01:15:30       i live on the east
Jun 01 01:15:34 <Neuron>       lol belive it or not im attending mit right now :E
Jun 01 01:15:37 <Neuron>       shhh though
Jun 01 01:15:56 <Neuron>       scholarships the whole way
Jun 01 01:16:03       where you valedictorian?
Jun 01 01:16:06       did you graduate early?
Jun 01 01:16:21 <Neuron>       graduated a year early
Jun 01 01:16:35       we have a bit in common
Jun 01 01:16:39       i graduated 2 years early
Jun 01 01:16:45       i was also valedictorian
Jun 01 01:16:45 <Neuron>       were are you attending?
Jun 01 01:17:06       just a business school
Jun 01 01:17:20       its not as big as MIT
Jun 01 01:17:23       but its pretty big
Jun 01 01:17:29       im studying Comp Engineering
Jun 01 01:17:34       but the school is known for business
Jun 01 01:17:39       anyways i went to a small highschool
Jun 01 01:17:42       no real advanced program
Jun 01 01:17:47       so i just skipped juniorhigh instead
```

This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010077

FOR OFFICIAL USE ONLY

| DCFL Laboratory Report | | |
|---|---|---|
| SUBMITTER'S NAME/RANK | SUBJECT'S NAME | REQUESTOR'S CASE CONTROL NUMBER |
| | | |
| CUSTOMER ADDRESS | | |
| | | |
| DATE OF REPORT | LEAD EXAMINER | DCFL EXAM NUMBER |
| 28 Nov 11 | | |

```
Jun 01 01:18:10     easy to be val when theres only 72 kids and you skipped some grades
Jun 01 01:19:23     you from Mass or did you move there for MIT?
Jun 01 01:19:29 <Neuron>     moved there

Jun 01 14:09:10 <Neuron>     here if you could work on it that would be awesome
Jun 01 14:09:21 <Neuron>     ssh
Jun 01 14:09:24 <Neuron>     root root
```

lulzboat-theshipyard.log:



This report shall not be reproduced, except in full, without the written permission of the laboratory.

RR-010078

```
Exhibit 6
```

Conversation with wildicv@gmail.com at 6/20/2011 8:48:08 PM on thebiggestgnome@gmail.com/ (jabber)

(8:48:08 PM) **Royal:** you online buddy?

(9:30:51 PM) **thebiggestgnome@gmail.com/D2279DBF:** am now

(9:31:52 PM) **Royal:** kk

(9:31:54 PM) **Royal:** there ordered

(9:31:58 PM) **Royal:** once they process ill give you info

(9:32:04 PM) **thebiggestgnome@gmail.com/D2279DBF:** cool

(9:32:45 PM) **thebiggestgnome@gmail.com/D2279DBF:** let me get OTR real fast

(9:32:51 PM) **Royal:** kk

(9:33:03 PM) **Royal:** let me download pidgin

(9:35:04 PM) **Royal:** back

(9:35:15 PM) **wildicv@gmail.com has not been authenticated yet. You should authenticate this buddy.**

(9:35:15 PM) **Unverified conversation with wildicv@gmail.com/5DC1890E started.**

(9:36:09 PM) **Royal:** so yup

(9:36:12 PM) **thebiggestgnome@gmail.com/D2279DBF:** let me know when you get pidgin/otr

(9:38:28 PM) **Royal:** i have it

(9:39:10 PM) **The privacy status of the current conversation is now: Private**

(9:39:18 PM) **Royal:** did i get it wrong?

(9:39:27 PM) **thebiggestgnome@gmail.com/D2279DBF:** no you were correct

(9:39:31 PM) **thebiggestgnome@gmail.com/D2279DBF:** I think I got yours wrong.

(9:39:35 PM) **Royal:** lame

(9:39:36 PM) **Royal:** it was fag

(9:40:17 PM) **thebiggestgnome@gmail.com/D2279DBF:** thats what I put..

(9:40:30 PM) **thebiggestgnome@gmail.com/D2279DBF:** send another one real fast

(9:40:50 PM) **thebiggestgnome@gmail.com/D2279DBF:** alright

(9:40:56 PM) **thebiggestgnome@gmail.com/D2279DBF:** http://lulzsecexposed.blogspot.com/2011/06/neuron-and-redacted.html

(9:41:02 PM) **thebiggestgnome@gmail.com/D2279DBF:** you see that?

(9:41:06 PM) **Royal:** yup

(9:41:13 PM) **thebiggestgnome@gmail.com/D2279DBF:** worry you a little?

(9:42:08 PM) **Royal:** it did

(9:42:10 PM) **Royal:** but considering

(9:42:15 PM) **Royal:** i told them MIT

(9:42:23 PM) **Royal:** and thef act that im behind the school even if they did get here

(9:42:55 PM) **thebiggestgnome@gmail.com/D2279DBF:** man, the only thing that worries me is the ONE host that is "gibby"

(9:43:00 PM) **Royal:** yeah

(9:43:17 PM) **Royal:** idk if its purposly putting "redacted"

(9:43:25 PM) **Royal:** or they think thats someone name

(9:43:52 PM) **thebiggestgnome@gmail.com/D2279DBF:** I think they think redacted=recursion

(9:43:57 PM) **thebiggestgnome@gmail.com/D2279DBF:** which isn't the case obviously

(9:45:12 PM) **Royal:** yeah

(9:45:16 PM) **Royal:** idk im not to worried about it

(9:45:56 PM) **Royal:** meh at least i got deemed a programmer

(9:45:57 PM) **Royal:** so yeah haha

(9:48:24 PM) ***thebiggestgnome@gmail.com/D2279DBF** sighs

(9:48:27 PM) **thebiggestgnome@gmail.com/D2279DBF:** I dunno man

(9:48:37 PM) **Royal:** i honestly wouldn't put that has your handle

(9:48:47 PM) **thebiggestgnome@gmail.com/D2279DBF:** well, little late :P

(9:48:50 PM) **Royal:** haha

(9:48:54 PM) **Royal:** fucking cover that shit up :P

(9:49:10 PM) **thebiggestgnome@gmail.com/D2279DBF:** well, thats the handle I used for whitehat shit man

(9:49:14 PM) **thebiggestgnome@gmail.com/D2279DBF:** fuuuuuu

(9:49:33 PM) **Royal:** you can google gibby and nothing

(9:49:37 PM) **thebiggestgnome@gmail.com/D2279DBF:** well

(9:49:51 PM) **thebiggestgnome@gmail.com/D2279DBF:** google gibby irc anonymous

00532

(9:49:55 PM) **thebiggestgnome@gmail.com/D2279DBF:** and some stuff comes up
(9:50:19 PM) **Royal:** Gibby@204.118.10.244
(9:50:21 PM) **Royal:** :E
(9:55:01 PM) **thebiggestgnome@gmail.com/D2279DBF:** not me
(9:55:02 PM) **thebiggestgnome@gmail.com/D2279DBF:** lol
(9:55:07 PM) **Royal:** yeah haha
(9:55:13 PM) **Royal:** dude im reading over my logs that got leaked
(9:55:27 PM) **thebiggestgnome@gmail.com/D2279DBF:** which logs?
(9:55:52 PM) **Royal:** the one were i was talking to nerva
(9:55:55 PM) **Royal:** http://www.theta.tk/wiki/LulzSec/IRCLogs#Neuron_-.3E_.5Bredacted.5D
(9:56:41 PM) **thebiggestgnome@gmail.com/D2279DBF:** who leaked the logs again?
(9:56:49 PM) **Royal:** m_nerva
(9:57:06 PM) **thebiggestgnome@gmail.com/D2279DBF:** should totally edit that wiki
(9:57:08 PM) **thebiggestgnome@gmail.com/D2279DBF:** >.>
(9:57:17 PM) **Royal:** o shit :O
(9:57:18 PM) **Royal:** :P
(9:57:36 PM) **Royal:** naw to late
(9:57:41 PM) **Royal:** they know its himhe got pwned
(9:58:09 PM) **thebiggestgnome@gmail.com/D2279DBF:** dude
(9:58:26 PM) **thebiggestgnome@gmail.com/D2279DBF:** people keep thinking redacted=recursion
(9:58:30 PM) **Royal:** yeah haha
(9:58:34 PM) **Royal:** id keep it that way :P
(9:58:40 PM) **Royal:** then again....
(10:01:10 PM) **thebiggestgnome@gmail.com/D2279DBF:** ok
(10:01:10 PM) **thebiggestgnome@gmail.com/D2279DBF:** so
(10:01:29 PM) **Royal:** i wouldn't be worrieda bout it mate
(10:01:31 PM) **thebiggestgnome@gmail.com/D2279DBF:** Jun 02 16:42:59 <Recursion_> tell him an IRC op from partyvan says hello Jun 02 16:43:00 <Recursion_> :P

(10:01:46 PM) **thebiggestgnome@gmail.com/D2279DBF:** then -> google partyvan.fm IRCops
(10:01:48 PM) **Royal:** *facepalm*
(10:01:50 PM) **thebiggestgnome@gmail.com/D2279DBF:** Gibby
(10:01:53 PM) **thebiggestgnome@gmail.com/D2279DBF:** BAM
(10:02:40 PM) **Royal:** there could be more then one gibby?
(10:02:55 PM) **thebiggestgnome@gmail.com/D2279DBF:** well, yeah
(10:03:30 PM) **thebiggestgnome@gmail.com/D2279DBF:** not really anything in google for gibby IRC partyvan.fm
(10:05:56 PM) **Royal:** yeah\
(10:06:59 PM) **Royal:** btw i think someone is on the inside
(10:07:04 PM) **Royal:** how would they have know who quit?
(10:07:16 PM) **thebiggestgnome@gmail.com/D2279DBF:** they know more people have quit?
(10:08:27 PM) **Royal:** Already some members of the group left who were scared puppies like Redacted, Devurandom TrollPoll, Neuron and others are counting days out of fear
(10:09:03 PM) **thebiggestgnome@gmail.com/D2279DBF:** hmm
(10:10:53 PM) **Royal:** yeah man i think its best to just relax

(10:11:04 PM) **thebiggestgnome@gmail.com/D2279DBF:** I'm not getting worked up over it
(10:11:12 PM) **thebiggestgnome@gmail.com/D2279DBF:** just want to make sure all of my bases are covered.
(10:11:44 PM) **Royal:** yeah
(10:13:07 PM) **Royal:** hmm anyways on to bigger and better things haha
(10:15:06 PM) **thebiggestgnome@gmail.com/D2279DBF:** welp
(10:15:18 PM) **thebiggestgnome@gmail.com/D2279DBF:** found a link, but it'll take someone forever to make it
(10:15:23 PM) **Royal:** ?
(10:16:04 PM) **thebiggestgnome@gmail.com/D2279DBF:** Recursion -> hostname -> partvan fm -> channel stats -> blabstation.net/gibby/se
(10:16:12 PM) **thebiggestgnome@gmail.com/D2279DBF:** lol, whoops
(10:16:16 PM) **Royal:** lol

(10:16:20 PM) **Royal:** yeah i mean
(10:16:28 PM) **Royal:** if you look for it long enough youwill be able to link it to yourself
(10:16:34 PM) **Royal:** mine is
(10:16:55 PM) **Royal:** MIT -> degrees -> acs alife -> uat :/
(10:20:51 PM) **Royal:** all i can say is im glad some other logs weren't leaked
(10:20:58 PM) **thebiggestgnome@gmail.com/D2279DBF:** yeah man
(10:21:04 PM) **thebiggestgnome@gmail.com/D2279DBF:** if say, my logs were
(10:21:07 PM) **thebiggestgnome@gmail.com/D2279DBF:** we'd be FUCKED
(10:21:12 PM) **thebiggestgnome@gmail.com/D2279DBF:** that has everything
(10:21:18 PM) **thebiggestgnome@gmail.com/D2279DBF:** because I never left the fucking channel
(10:21:24 PM) **Royal:** exactly
(10:21:26 PM) **Royal:** :E
(10:21:41 PM) **Royal:** like holy balls we talked about alot of shit
(10:24:15 PM) **thebiggestgnome@gmail.com/D2279DBF:** yeah
(10:24:18 PM) **thebiggestgnome@gmail.com/D2279DBF:** well chief
(10:24:25 PM) **thebiggestgnome@gmail.com/D2279DBF:** I'm going to have a few beers with IT
(10:24:33 PM) **Royal:** Ok man o/ enjoy
(10:24:37 PM) **Royal:** servers should be up by tommarow
(10:24:45 PM) **Royal:** then we can get group snuggly penguins
(10:24:46 PM) **thebiggestgnome@gmail.com/D2279DBF:** ok
(10:24:48 PM) **Royal:** up and running XD
(10:42:33 PM) **wildicv@gmail.com/5DC1890E has ended his/her private conversation with you; you should do the same.**

**Figure 1: Content of "2011-06-20.204808-0700MST.html"**

*Additional Chat Logs with "WildICV"*

The user "Cody" had eight additional logs stored between "wildicv" and "thebiggestgnome". These logs did not reference "recursion". They did indicate that "wildicv" might be a co-worker of Cody's. Mandiant provided these logs to the case agent separately from this report. Table 7 lists the metadata for the additional eight logs.

## APPENDIX 3: RELEVANT IRC LOGS

Analysts located an IRC log in unallocated space on the drive.  This appendix includes parts of the logs relevant to the user name "Recursion".  Highlighted in the figures below are all lines where "Recursion" was the actor.  Mandiant provided the complete log to the FBI as a separate document.



**Figure 6: Header of Unallocated Chat Logs**

```
**** BEGIN LOGGING AT Tue May 31 23:51:53 2011

May 31 23:51:53 *      Now talking on #pure-elite
May 31 23:51:53 *      Topic for #pure-elite is: PRIV8. NO LEAKS. RESPECT EACH OTHER. RESEARCH
AND EXPLOIT DEV!
May 31 23:51:53 *      Topic for #pure-elite set by Sabu!sabu@netadmin.operationfreedom.ru at Tue
May 31 18:48:23 2011
May 31 23:52:05 <Neuron>      o/ hey [redacted]
May 31 23:52:09 <[redacted]>  hello
May 31 23:52:11 <[redacted]>  did i miss anything?
May 31 23:52:16 <Neuron>      nothing really
May 31 23:52:21 <[redacted]>  lot of news coverage
May 31 23:52:32 <Neuron>      just me and kayla trying to bot 38k or so busybox's you?
May 31 23:53:44 <[redacted]>  XD
May 31 23:53:46 <[redacted]>  nothing at all
May 31 23:53:49 <[redacted]>  that sounds nice
May 31 23:54:18 <Neuron>      the most i can do is make a bash script that acts has a irc client
and we can issue commands that way
Jun 01 01:04:47 *      value has quit (Connection closed)
Jun 01 01:19:35 *      value (value@HA-ao3.bsr.rlbp4m.IP) has joined #pure-elite
Jun 01 01:28:38 *      Topiary (t@HA-r9b.fpm.h7vc0g.IP) has joined #pure-elite
Jun 01 01:29:53 *      Neuron has quit (Ping timeout: 121 seconds)
Jun 01 01:32:26 *      Neuron (Neuron@HA-10q.345.a84vd3.IP) has joined #pure-elite
Jun 01 01:39:34 <Recursion>   http://i.imgur.com/DsgWI.jpg
Jun 01 01:40:10 <Topiary>     Ooh that's a much better screencap
Jun 01 01:40:14 <Topiary>     the one I had earlier was lame
Jun 01 01:40:18 <Topiary>     oh man it includes the twitter
Jun 01 01:40:29 <Topiary>     fucking Wall Street Journal printed a twitter name
Jun 01 01:40:32 <Topiary>     and a fucking cat in space
Jun 01 01:40:40 <Neuron>      XD
Jun 01 01:41:12 <Neuron>      thats epic
Jun 01 01:56:12 <joepie92>    http://www.nasa.gov/multimedia/nasatv/index.html
Jun 01 01:56:29 <joepie92>    supposedly a shuttle is going to land
Jun 01 01:56:31 <joepie92>    or some shit
Jun 01 01:57:07 <storm>       hi
Jun 01 01:57:41 <Neuron>      lol
Jun 01 01:57:43 <Neuron>      watching
```

**Figure 7: Excerpt of Unallocated Chat Logs**

```
**** BEGIN LOGGING AT Thu Jun  2 13:25:39 2011

Jun 02 13:25:39 *      Now talking on #pure-elite
Jun 02 13:25:39 *      Topic for #pure-elite is: pE | no leaks | respect each other | research
and exploit development++
Jun 02 13:25:39 *      Topic for #pure-elite set by Sabu!sabu@netadmin.operationfreedom.ru at Thu
Jun  2 00:21:58 2011
Jun 02 13:29:51 <Recursion>    Topiary: am now, whats up?
Jun 02 13:30:12 <Topiary>      nothing man, just letting you know thanks for the Sony dumpage
Jun 02 13:30:15 <Topiary>      we got it all ready to ship out
Jun 02 13:30:20 <Recursion>    not a problem
Jun 02 13:30:28 <Recursion>    I'm still pulling more accounts, btw
Jun 02 13:30:44 <Topiary>      should be enough
Jun 02 13:30:47 <Topiary>      we got it all archived/sorted
Jun 02 13:31:51 <Recursion>    lulzsecurity.com is down :(
Jun 02 13:32:06 <Topiary>      should be back up
Jun 02 13:32:17 <Recursion>    500 Internal Server Error
Jun 02 13:32:18 <Recursion>    nginx/1.0.4
Jun 02 13:32:39 <hsien>        ;/
Jun 02 13:47:41 <joepie92>     ^
Jun 02 13:49:28 <Recursion>    welp
Jun 02 13:49:31 <Recursion>    I just puked...
Jun 02 13:49:36 <Recursion>    no idea why
Jun 02 13:50:57 <Neuron>       Topiary: lulzsecurity is our site?
Jun 02 13:51:10 <Topiary>      yeah
Jun 02 13:51:19 <Neuron>       \o/
Jun 02 13:51:43 <Neuron>       ;( sorry Recursion ..
Jun 02 13:52:46 <Neuron>       Topiary: website is offline
Jun 02 13:52:50 <Neuron>       no cahced version avalible
Jun 02 13:53:19 <Topiary>      yarp, our website beast is putting it behind cloudfire
Jun 02 13:53:29 <Neuron>       whos are website beast?
Jun 02 13:54:20 <Recursion>    just came up for me
Jun 02 13:55:20 <joepie92>     works here now
Jun 02 13:55:31 <joepie92>     cloudflare = win
Jun 02 13:55:32 <joepie92>     imo
Jun 02 13:55:46 <Recursion>    also, fucking lul on the Friday song
Jun 02 13:55:49 <Recursion>    who did this?
Jun 02 13:55:54 <Recursion>    they deserve mad props.
Jun 02 13:57:00 <Topiary>      he goes by many names ^_____^
Jun 02 13:57:10 <Topiary>      one of them is tflow, in fact all of them are tflow
Jun 02 13:57:23 *      lol gives channel operator status to [redacted] Neuron
Jun 02 13:57:38 <Neuron>       still trying to load
Jun 02 13:59:02 <Topiary>      y so opendns
Jun 02 14:21:43 <joepie92>     <Topiary>one of them is tflow, in fact all of them are tflow
Jun 02 14:21:44 <joepie92>     lol'd
Jun 02 14:29:29 <Topiary>      site is back up
Jun 02 14:31:29 <joepie92>     Topiary, where is it hosted?
Jun 02 14:31:48 <Topiary>      one of our sexy boxes of sex
Jun 02 14:31:49 <joepie92>     also, pm
Jun 02 14:31:52 <Topiary>      also cocks
Jun 02 14:33:06 *      anonny (anonny@HA-qg9.p22.ibfoom.IP) has joined #pure-elite
Jun 02 14:33:15 *      anonny is now known as kl0ps
Jun 02 14:33:19 <kl0ps>        hello o/
Jun 02 14:34:32 *      pwnsauce (pwnsauce@HA-qu1.ba8.pn6gun.IP) has joined #pure-elite
Jun 02 14:35:02 <pwnsauce>     hey :D
Jun 02 14:35:20 <pwnsauce>     Neuron - hows it all workin?
Jun 02 14:35:24 <kl0ps>        hi pwnsauce
Jun 02 14:37:20 <lol> hello pwnsauce hello kl0ps :D
Jun 02 14:37:24 <lol> whats new :D?
Jun 02 14:37:43 <kl0ps>        whats new? i wanna hug u :D
Jun 02 14:37:54 *      lol gives channel operator status to kl0ps pwnsauce
Jun 02 14:38:18 <lol> \:D/
Jun 02 14:38:35 <kl0ps>        \o/
Jun 02 14:39:42 <pwnsauce>     hey there :D
Jun 02 14:39:58 <pwnsauce>     kl0ps... where does I know you from?
Jun 02 14:40:00 <pwnsauce>     BTW
Jun 02 14:40:17 <lol> kl0ps is from #internetfeds :D
Jun 02 14:40:22 <pwnsauce>     Ah!
Jun 02 14:40:26 <Topiary>      pwnsauce
Jun 02 14:40:26 <pwnsauce>     Now I remember!!
```

00555

```
Jun 02 14:40:28 <kl0ps>       yeah :D
Jun 02 14:40:34 <pwnsauce>    S'up Topiary!!
Jun 02 14:40:36 <pwnsauce>    BTW
Jun 02 14:40:36 <Topiary>     http://lulzsecurity.com/
Jun 02 14:40:39 <Topiary>     let it flow
Jun 02 14:40:41 <Topiary>     it tflows back to you
Jun 02 14:40:41 <pwnsauce>    Onesecc :D
Jun 02 14:41:02 <pwnsauce>    Onesec im Whoissing that lol
Jun 02 14:41:07 <pwnsauce>    ill flip if my d0x are on it
Jun 02 14:41:12 <joepie92>    FUCKING lold @ pastebin tweet
Jun 02 14:41:20 <Topiary>     haha yep
Jun 02 14:41:24 <joepie92>    "ohey we don't care you put illegal shit on our servers lol"
Jun 02 14:41:32 <Topiary>     they really don't give a fuck
Jun 02 14:41:34 <joepie92>    ahaha
Jun 02 14:41:40 <joepie92>    be aware that ryan has admin thar though
Jun 02 14:41:42 <joepie92>    :P
Jun 02 14:41:46 <Topiary>     oh lordy
Jun 02 14:41:56 <joepie92>    on the other hand
Jun 02 14:42:02 <joepie92>    he's probably minecrafting
Jun 02 14:42:23 <pwnsauce>    LMAO!
Jun 02 14:42:29 <pwnsauce>    BTW Guys
Jun 02 14:42:43 <pwnsauce>    I need a good coder, who writes in C++ and understands VB.NET
Jun 02 14:42:55 <pwnsauce>    one who is careful and is willing to help on a project for us
Jun 02 14:43:01 <pwnsauce>    PHP skills are a bonus
Jun 02 14:43:25 <pwnsauce>    I have a VB.net RAT/botnet here, I need to modify it, improve it,
and turn it into C++
Jun 02 14:43:40 <pwnsauce>    for a little idea I had that I need to talk to Sabu about
Jun 02 14:43:58 <proSI> hey sir, are you there?
Jun 02 14:43:58 <Topiary>     <Whirlpool> word ninja
Jun 02 14:43:58 <Topiary>     <proSI> I respect you guys a lot and I don't want to hide anything
to you
Jun 02 14:43:58 <Topiary>     <proSI> >.>
Jun 02 14:43:58 <Topiary>     <proSI> so I'm telling you this
Jun 02 14:43:58 <Topiary>     <proSI> I'm one of them faggot anonymous, atleast I do the
propaganda part for them
Jun 02 14:44:02 <joepie92>    I understand VB.net but don't write C++
Jun 02 14:44:02 <Topiary>     <proSI> but I'm no hacker n shit
Jun 02 14:44:04 <Topiary>     <proSI> :
Jun 02 14:44:26 <pwnsauce>    joepie92 - :D now we need the C++ guy!
Jun 02 14:44:29 <joepie92>    lol
Jun 02 14:44:33 <joepie92>    tbh
Jun 02 14:44:37 <joepie92>    anything you could write in vb.net
Jun 02 14:44:42 <joepie92>    would probably be just as easy to replicate in C++
Jun 02 14:44:45 <joepie92>    as without an example
Jun 02 14:44:53 <joepie92>    -as
Jun 02 14:45:21 <joepie92>    why am I 92 again
Jun 02 14:45:22 <joepie92>    o_O
Jun 02 14:45:24 *       joepie92 is now known as joepie91
Jun 02 14:45:39 <pwnsauce>    hmmmmm. thing is, it aint my code im playing with. its just ecode
to use as a "base"
Jun 02 14:45:46 <Topiary>     Jester = milw0rm + slowloris + Tor, Python = VB.net + JS, joepie91
+ cage = gorilla habitat
Jun 02 14:46:07 <joepie91>    lolwat
Jun 02 14:46:13 <joepie91>    that actually took me some time to interpret
Jun 02 14:46:30 <pwnsauce>    lolwtfbbq?!
Jun 02 14:47:00 <joepie91>    k guys, I have to work on interpreting Iran emails for a bit
Jun 02 14:47:02 *       joepie91 brb
Jun 02 14:47:14 <pwnsauce>    kk
Jun 02 14:47:29 <pwnsauce>    kayla - if you or kl0ps know anyone...
Jun 02 14:47:32 <Topiary>     Whirlpool> that's cool, how are things going over at Anon?
Jun 02 14:47:32 <Topiary>     <proSI> it's all slow n shit. you are under the spot light these
days.. lol so we are keeping it down
Jun 02 14:47:32 <Topiary>     <proSI> but greece fags are trying to attack IMF
Jun 02 14:47:32 <Topiary>     <proSI> that's all
Jun 02 14:47:32 <Topiary>     <proSI> :)
Jun 02 14:47:32 <Topiary>     <Whirlpool> I hear you guys hacked HBGary
Jun 02 14:47:41 *       Topiary waits for something no doubt lulzy
Jun 02 14:47:51 <pwnsauce>    xD
Jun 02 14:48:08 <kl0ps>       i am sry :(
Jun 02 14:48:11 <Topiary>     <proSI> yeah.
Jun 02 15:08:55 *       Disconnected (Invalid argument).
```

00556

```
**** ENDING LOGGING AT Thu Jun  2 15:08:55 2011
```

**Figure 8: Excerpt of Unallocated Chat Logs**

```
**** BEGIN LOGGING AT Thu Jun  2 15:15:22 2011

Jun 02 15:15:22 *      Now talking on #pure-elite
Jun 02 15:15:22 *      Topic for #pure-elite is: pE | no leaks | respect each other | research
and exploit development++
Jun 02 15:15:22 *      Topic for #pure-elite set by Sabu!sabu@netadmin.operationfreedom.ru at Thu
Jun  2 00:21:58 2011
Jun 02 15:15:39 <Recursion>    hey, when is the leak going to hit?
Jun 02 15:15:46 <Neuron>       12 hours
Jun 02 15:15:57        Recursion giggles with anticipation
Jun 02 15:15:57 <Recursion>    awww
Jun 02 15:30:40 *      Disconnected (Invalid argument).
**** ENDING LOGGING AT Thu Jun  2 15:30:40 2011
```

**Figure 9: Excerpt of Unallocated Chat Logs**

```
**** BEGIN LOGGING AT Thu Jun  2 15:34:10 2011

Jun 02 15:34:10 *      Now talking on #pure-elite
Jun 02 15:34:10 *      Topic for #pure-elite is: pE | no leaks | respect each other | research
and exploit development++
Jun 02 15:34:10 *      Topic for #pure-elite set by Sabu!sabu@netadmin.operationfreedom.ru at Thu
Jun  2 00:21:58 2011
Jun 02 15:35:09 <joepie91>     ye
Jun 02 15:35:10 <joepie91>     I lold
Jun 02 15:35:14 <joepie91>     pastebin is like
Jun 02 15:35:16 <joepie91>     TRAFFIC NOM
Jun 02 15:35:21 <trollpoll>    hahahah
Jun 02 15:35:28 <trollpoll>    they love lulz xD
Jun 02 15:35:36 <joepie91>     and traffic
Jun 02 15:35:39 <joepie91>     especially traffic
Jun 02 15:35:42 <trollpoll>    sure
Jun 02 15:35:45 <joepie91>     srsly, the owner of pastebin is just as bad as ryan
Jun 02 15:35:45 <joepie91>     in that
Jun 02 15:35:51 <trollpoll>    ahahha
Jun 02 15:35:53 <joepie91>     traffic nom nom nom
Jun 02 15:36:06 <trollpoll>    r u at 2600?
Jun 02 15:36:10 <joepie91>     I am, I am
Jun 02 15:36:16 <trollpoll>    how is the chan now?
Jun 02 15:36:22 <trollpoll>    hundreds?
Jun 02 15:36:32 <joepie91>     110
Jun 02 15:36:35 <trollpoll>    omg
Jun 02 15:36:47 <trollpoll>    im going as "arrrr"
Jun 02 15:36:49 <joepie91>     inb4 opers mad
Jun 02 15:36:50 <joepie91>     lolk
Jun 02 15:37:13 <Neuron>       joinin 2600!
Jun 02 15:39:37 <Neuron>       op captainjack
Jun 02 15:41:01 <joepie91>     <Whirlpool>this channel is more successful than 2600 itself
Jun 02 15:41:03 <joepie91>     I think
Jun 02 15:41:05 <joepie91>     that is the only reason
Jun 02 15:41:09 <joepie91>     we haven't been booted yet
Jun 02 15:41:11 <joepie91>     from 2600
Jun 02 15:41:11 <joepie91>     lol
Jun 02 15:41:15 <trollpoll>    hahaha
Jun 02 15:41:21 <joepie91>     TRAFFIC NOM
Jun 02 15:41:22 <joepie91>     lol
Jun 02 15:41:26 <Neuron>       op CaptainJack! :P
Jun 02 15:47:18 <Sabu> 2600 liks them sex
Jun 02 15:47:32 <Neuron>       lol yup
Jun 02 15:52:11 <hsien>        how many people are there?
Jun 02 15:52:30 <Neuron>       114
Jun 02 15:52:33 <Neuron>       join the lulz
Jun 02 15:52:36 <Neuron>       pick a pirate name
Jun 02 15:55:15 <joepie91>     I'm sort of tempted
Jun 02 15:55:17 <joepie91>     to pick a pirate name
Jun 02 15:55:22 <joepie91>     but that might blow a potential cover
```

00557

```
Jun 02 15:55:22 <joepie91>      lol
Jun 02 15:56:49 <hsien>         lol k can i be johnny depp?
Jun 02 15:57:02 <hsien>         hes a pirate right?
Jun 02 15:58:27 <trollpoll>     i have a very good name of pirate
Jun 02 15:58:28 <trollpoll>     Jammie Thomas-Rasset
Jun 02 15:58:30 <trollpoll>     xDDDDD
Jun 02 15:58:51 <Recursion>     who the fuck is ShadowDXS?
Jun 02 15:59:09 <Neuron>        guy from anonops hes cool
Jun 02 15:59:23 <joepie91>      mk
Jun 02 15:59:24 <Recursion>     ok
Jun 02 15:59:24 <Recursion>     lol
Jun 02 15:59:29 <joepie91>      I estimate to have dinged a few xchat clients
Jun 02 15:59:31 <joepie91>      with that bell character
Jun 02 15:59:32 <joepie91>      :D
Jun 02 16:03:12 <Neuron>        how long till drop?
Jun 02 16:05:18 <Neuron>        make sure to post your bitcoin address to :P
Jun 02 16:11:24 <trollpoll>     btw
Jun 02 16:11:40 <trollpoll>     did you read the NATO doc about anonymous?
Jun 02 16:11:51 <trollpoll>     they will put tanks on our houses????
Jun 02 16:12:14 <trollpoll>     http://www.thinq.co.uk/2011/6/1/nato-report-threatens-persecute-
anonymous/
Jun 02 16:12:26 <Neuron>        lol
Jun 02 16:15:00 <joepie91>      lol
Jun 02 16:15:03 <joepie91>      post bitcoin address
Jun 02 16:15:03 <joepie91>      kgo
Jun 02 16:15:08 <joepie91>      in #lulzsec
Jun 02 16:15:14 <joepie91>      Topiary
Jun 02 16:15:15 <joepie91>      fgt
Jun 02 16:15:20 <joepie91>      post bitcoin address kgo
Jun 02 16:16:38 <Topiary>       okay
Jun 02 16:16:54 <Neuron>        we need pastehtml and pastebin single leaks :D
Jun 02 16:17:37 <[redacted]>    they will put tanks in our houses
Jun 02 16:17:43 <[redacted]>    we will put penis's in their mouths
Jun 02 16:18:26 <lol>  Obama will be like "lol you just ddos my server?" *nuke*
Jun 02 16:22:17 <pwnsauce>      LOL
Jun 02 16:22:33 <joepie91>      just wondering
Jun 02 16:22:34 <joepie91>      is that data
Jun 02 16:22:36 <joepie91>      actual PSN data?
Jun 02 16:22:56 <joepie91>      because I thought the web services were decoupled from PSN
Jun 02 16:23:06 <trollpoll>     guys, you are epic
Jun 02 16:27:22 <Neuron>        did someone post a bitcoin address?
Jun 02 16:27:25 <joepie91>      is "kardus" one of you?
Jun 02 16:27:27 <joepie91>      and no, noone did
Jun 02 16:27:28 <joepie91>      -_-
Jun 02 16:27:31 <Neuron>        joepie91:
Jun 02 16:27:33 <Neuron>        post
Jun 02 16:27:33 <Neuron>        :P
Jun 02 16:27:36 <Neuron>        or i will
Jun 02 16:27:38 <joepie91>      lemme make an address
Jun 02 16:27:41 <Neuron>        kk
Jun 02 16:27:42 <Recursion>
        http://www.reddit.com/r/netsec/comments/hq6xq/lulzsec_compromises_sony_again_twitter/
Jun 02 16:27:43 <Recursion>     :D
Jun 02 16:27:48 <Neuron>        lmfao
Jun 02 16:27:53 <joepie91>      1BUYwuagdWXnvBaPdTmu25cztifFLAJHXw
Jun 02 16:27:55 <joepie91>      kgo
Jun 02 16:28:03 <Recursion>     I know a kardus....
Jun 02 16:28:03 <joepie91>      look at it in blockexplorer to see how much you got
Jun 02 16:28:04 <joepie91>      :D
Jun 02 16:28:16 <Recursion>     from partyvan.fm
Jun 02 16:28:19 <Recursion>     like, years ago
Jun 02 16:29:23 <Neuron>        joepie91: there you go people are starting to donate
Jun 02 16:29:42 <Neuron>        seeing first one
Jun 02 16:29:57 <Neuron>        joepie91: we will use whatevers donated for shells or some shit. or
send them to sabu for later use
Jun 02 16:30:08 <joepie91>      ya
Jun 02 16:30:11 <joepie91>      I'll forward all of it
Jun 02 16:30:13 <joepie91>      to one of you guys
Jun 02 16:30:28 <joepie91>      or Topiary or sth
Jun 02 16:30:32 <joepie91>      I think he did bitcoin stuff
Jun 02 16:30:33 <joepie91>      so far
```

00558

```
Jun 02 16:31:05 <Neuron>        yeah
Jun 02 16:31:59 <Neuron>        Sabu: Op me so i can get donations plox
Jun 02 16:32:26 <Topiary>       1Ahou81cHECe2nBWYSAiwbCMg5aQB9Gh2a
Jun 02 16:32:30 <Topiary>       is our bitcoin
Jun 02 16:33:10 <Neuron>        whoop late for that
Jun 02 16:33:22 <Neuron>        Topiary: loging up and post it
Jun 02 16:33:37 <joepie91>      I'll forward the 0.04
Jun 02 16:33:38 <joepie91>      1 sec
Jun 02 16:33:39 <Neuron>        op me if you can
Jun 02 16:34:01 <joepie91>      Topiary, the 0.04 that came  in on my address is coming your way :P
Jun 02 16:34:11 <Sabu> hopefully we get some good donations
Jun 02 16:34:16 <Sabu> so we can buy more vpns and shit
Jun 02 16:34:24 <Neuron>        yup
Jun 02 16:34:24 <joepie91>      be sure to op all lulzsec people
Jun 02 16:34:27 <Neuron>        \o/
Jun 02 16:34:28 <Topiary>       oh lawdy
Jun 02 16:34:35 <joepie91>      prevents confusion
Jun 02 16:34:38 <Neuron>        yeah its kinda hard when people are pming asking why your not
opped :P
Jun 02 16:34:38 <Topiary>       okay call yourselves out with "scurvy" right now
Jun 02 16:34:50 <Sabu> no one talk in 2600 just focus here
Jun 02 16:34:53 <Sabu> let everyone go crazy
Jun 02 16:35:24 *     Recursion_ (gibby@HA-b7o.3p2.0g9blo.IP) has joined #pure-elite
Jun 02 16:35:30 <Recursion_>    thats weird
Jun 02 16:35:40 <Recursion_>    hey, Sabu, or an IRC op
Jun 02 16:35:48 <Recursion_>    can you /kill Recursion
Jun 02 16:35:49 <Neuron>        haha Sabu hows the traffic?
Jun 02 16:36:21 <joepie91>      <kardus>implying they aren't already shitting houses from the last
10 sites compromised ?
Jun 02 16:36:21 <joepie91>      <kardus>with another 2 about to be released soon?
Jun 02 16:36:21 <joepie91>      <kardus>:P
Jun 02 16:36:34 <joepie91>      <kardus>didn't even find out where to use the coupons yet
Jun 02 16:36:34 <joepie91>      <kardus>didn't work with their music store or their amazon link
thing
Jun 02 16:36:51 <joepie91>      <kardus>they are valid coupons, it checks against the amazon
database and says it's valid, they just dont work for some reason
Jun 02 16:36:52 <joepie91>      <kardus>nah
Jun 02 16:36:52 <joepie91>      <kardus>tried a week ago
Jun 02 16:36:52 <joepie91>      <sanchaz>kardus: was this realeased a week ago?
Jun 02 16:36:52 <joepie91>      <kardus>and while the db was being dumped new entries were being
added
Jun 02 16:36:52 <joepie91>      <kardus>nope
Jun 02 16:36:52 <joepie91>      <kardus>well, not to the public
Jun 02 16:37:07 <joepie91>      <sanchaz>u part of lulz?
Jun 02 16:37:08 <joepie91>      <kardus>i'm neither here nor there
Jun 02 16:37:08 <joepie91>      <kardus>sir
Jun 02 16:37:24 <Neuron>        who is kardus?
Jun 02 16:37:37 <trollpoll>     and where is talking?
Jun 02 16:38:22 <joepie91>      #Frantech
Jun 02 16:38:23 <joepie91>      on dairc
Jun 02 16:38:31 <joepie91>      I am wondering who he is too
Jun 02 16:38:37 <joepie91>      Sabu ding
Jun 02 16:38:39 <Sabu> hi
Jun 02 16:38:42 <joepie91>      read above
Jun 02 16:38:52 <Sabu> I think thats kaylas friend she gave someone some coupons
Jun 02 16:39:00 <Sabu> if hes talking publicly
Jun 02 16:39:04 <Sabu> kayla will talk to him
Jun 02 16:39:11 <joepie91>      it's #Frantech
Jun 02 16:39:19 <joepie91>      on Dairc
Jun 02 16:39:22 <joepie91>      aka buyvm
Jun 02 16:39:31 <Sabu> aka kayla/lol and paste her log
Jun 02 16:39:34 <Sabu> if its her friend
Jun 02 16:39:47 <trollpoll>     hmm... guys you are everywhere.. :S
Jun 02 16:39:48 <Recursion_>    Sabu: are you an IRCop?
Jun 02 16:39:58 *     joepie91 doubts she has "lol" on highlight
Jun 02 16:40:03 <Recursion_>    lol
Jun 02 16:40:07 <Recursion_>    >.>
Jun 02 16:40:16 <joepie91>      trollpoll: I am connected to like 13 networks atm
Jun 02 16:40:21 <Recursion_>    also, joepie91, where is Kardus?
Jun 02 16:40:24 <trollpoll>     omg
```

00559

```
Jun 02 16:40:30 <Recursion_>    err
Jun 02 16:40:30 <joepie91>      sometimes up to 25 networks
Jun 02 16:40:31 <Topiary>       http://twitter.com/#!/aaronbarr/status/76387343350759424
Jun 02 16:40:34 <Recursion_>    joepie91: rather
Jun 02 16:40:37 <joepie91>      I tend to keep an eye on channels everywhere
Jun 02 16:40:38 <trollpoll>     do you have 6 hands?
Jun 02 16:40:40 <joepie91>      lol
Jun 02 16:40:43 <joepie91>      I just have a good client :)
Jun 02 16:41:11 *       joepie91 lols at aaron barr tweet
Jun 02 16:41:24 <trollpoll>     Neuron, im jt-rasset XD
Jun 02 16:41:50 <joepie91>      Recursion
Jun 02 16:41:54 <joepie91>      dairc
Jun 02 16:41:57 <joepie91>      #frantech
Jun 02 16:42:00 <joepie91>      the buyvm/frantech channel
Jun 02 16:42:05 <joepie91>      irc.dairc.net
Jun 02 16:42:34 <Neuron>        talking to a member in there
Jun 02 16:42:46 <Neuron>        who claims to ahve secdev.net's source code hes donating under the
condition it never goes public
Jun 02 16:42:59 <Recursion_>    tell him an IRC op from partyvan says hello
Jun 02 16:43:00 <Recursion_>    :P
Jun 02 16:44:02 <Sabu> hahhahhahahahah
Jun 02 16:44:08 <Sabu> aaron barr tweeted
Jun 02 16:44:09 <Sabu> oh man
Jun 02 16:44:12 <joepie91>      btw, http://█████████████
Jun 02 16:44:17 <joepie91>      got the .tar.bz2 there
Jun 02 16:44:20 <joepie91>      it's not going anywhere
Jun 02 16:44:21 <joepie91>      :)
Jun 02 16:44:29 <joepie91>      so feel free to link if needed
Jun 02 16:44:32 <Topiary>       176LRX4WRWD5LWDMbhr94ptb2MW9varCZP
Jun 02 16:44:35 <Topiary>       that's our new one by the way
Jun 02 16:44:42 <Topiary>       I accidentally hit F5 and it generated a new one
Jun 02 16:44:57 <lol> yeh he's the guy who was testing the coupons when i said we could get them
sold he was going to sell them for us and i gave him some to test
Jun 02 16:44:57 <lol> i even mentioned it here :D
Jun 02 16:45:11 <Neuron>        ahh ok
Jun 02 16:45:51 <joepie91>      Topiary: you using a web wallet?
Jun 02 16:46:06 <joepie91>      lol: ah, might be better to not have him talking about it in public
though, lol
Jun 02 16:46:12 <joepie91>      *especially* not in #Frantech
Jun 02 16:46:24 <Topiary>       yeah web wallet
Jun 02 16:46:33 <lol> yeh :D
Jun 02 16:46:46 <joepie91>
        http://webcache.googleusercontent.com/search?q=cache:S5x09jlflogJ:forum.bitcoin.org/index
.php%3Ftopic%3D10483.new&hl=en&strip=1
Jun 02 16:46:51 <Recursion_>    jesus, is that kid still in the hospital?
Jun 02 16:46:56 <joepie91>      this was just posted in #Frantech
Jun 02 16:46:57 <lol> but it's technically on his own back because he knows no one in this
channel :P
Jun 02 16:46:58 <lol> he got them from me
Jun 02 16:47:06 <Recursion_>    I think he managed to put IRSSI on his heart monitor or something
Jun 02 16:47:06 <joepie91>
        <vld>http://webcache.googleusercontent.com/search?q=cache:S5x09jlflogJ:forum.bitcoin.org/
index.php%3Ftopic%3D10483.new&hl=en&strip=1
Jun 02 16:47:07 <joepie91>      <vld>ewww
Jun 02 16:47:13 <joepie91>      it's a sales thread for the coupons...
Jun 02 16:47:23 <joepie91>      Recursion_: who?
Jun 02 16:47:54 <Recursion_>    Kardus
Jun 02 16:47:54 <Recursion_>    lol
Jun 02 16:48:20 <Neuron>        Sabu: im getting the http://secdev.net code
Jun 02 16:48:40 <joepie91>      idk who he is
Jun 02 16:48:40 <joepie91>      lol
Jun 02 16:48:49 <Recursion_>    I used to have DOX on him
Jun 02 16:48:51 <Neuron>        ill verify
Jun 02 16:48:52 *       Recursion_ shrugs
Jun 02 16:49:00 <Sabu> ok
Jun 02 16:49:05 <Sabu> guys
Jun 02 16:49:07 <Sabu> neruon etc
Jun 02 16:49:10 <Recursion_>    whaddap?
Jun 02 16:49:13 <trollpoll>     <anonymous> But yeah, my good friend broke into ebay and has on
ransom about 30 million ebay accounts with all info (paypal, usernames, hashed passwords, paypal
plaintext passwords, etc)
```

```
Jun 02 16:49:14 <Sabu> I don't have to say this more than one I hope
Jun 02 16:49:30 <Sabu> but people on 2600 are not your friends 95% are there to social engineer
you
Jun 02 16:49:35 <Sabu> to analyze how you talk
Jun 02 16:49:36 <Neuron>      aye i realize this
Jun 02 16:49:39 <Sabu> and make connections
Jun 02 16:49:44 <Sabu> I am just reminding you
Jun 02 16:49:55 <Recursion_>  this is the reason why I either dont talk, or I talk completely
differently.
Jun 02 16:49:56 <Sabu> don't go off and befriend any of them
Jun 02 16:49:57 <Neuron>      http://reflets.info/sony-takedown-nouvelle-fuite-de-donnees-un-
million-de-comptes-utilisateurs-dans-la-nature/ << first news post
Jun 02 16:50:01 <Sabu> if they message you with info
Jun 02 16:50:09 <trollpoll>   yes, pretty sure, thats why i  dont talk so much, because of my
poor english xDDD
Jun 02 16:50:11 <Sabu> save it and pastee.org
Jun 02 16:50:18 <Sabu> if they give you code or rars or weird urls
Jun 02 16:50:31 <Sabu> grab from vps server no dcc nothing thats risky
Jun 02 16:50:34 <Sabu> be smart about shit
Jun 02 16:50:41 <Sabu> if any of you get owned I'll lol
Jun 02 16:51:45 <Neuron>      hehe
Jun 02 16:51:57 <Neuron>      i don't talk to them the same way i talk here thats for sure :P
Jun 02 16:52:29 <lol>  i allways talk in broken english to them because i am "from pakistan"
Jun 02 16:52:39 <joepie91>    lol
Jun 02 16:52:55 <lol>  you mean i not do good engliuh i am learn from book
Jun 02 16:53:08 <trollpoll>   i talk like that because i cant speak better xDDDDDDD
Jun 02 16:54:13 <Sabu> ok who is in there now?
Jun 02 16:54:19 <Sabu> kayla you in there?
Jun 02 16:54:36 <joepie91>    in where?
Jun 02 16:54:38 <Sabu> let niggers know to msg you 0day / research / leaks
Jun 02 16:54:40 <Sabu> in 2600 chan
Jun 02 16:54:42 <joepie91>    a
Jun 02 16:54:43 <joepie91>    ah*
Jun 02 16:54:50 <Sabu> you heard kayla?
Jun 02 16:55:12 <trollpoll>   i've kicked myself XD
Jun 02 16:55:18 <trollpoll>   so im not there anymore
Jun 02 16:55:21 <lol>  another protip even if you are american dont spell it "color" use "colour"
which is wider used arround the world just saying "color" means you are american
Jun 02 16:55:25 <lol>  sbau heard what?
Jun 02 16:56:15 <Sabu> if you're on 2600 /topic to msg you with 0days or leaks. niggas coming
there and giving up lleaks
Jun 02 16:56:21 <Sabu> make sure we take advantage of that
Jun 02 16:56:25 <Sabu> see what nlggers got access to
Jun 02 16:56:27 <Sabu> that we can use
Jun 02 16:57:29 <Neuron>      there you go
Jun 02 16:58:39 <Neuron>      joepie91: i can op you but....
Jun 02 16:58:46 <joepie91>    better not
Jun 02 16:58:47 <joepie91>    I think
Jun 02 16:58:53 *      lol has quit (A TLS packet with unexpected length was received.)
Jun 02 16:58:55 <joepie91>    actually
Jun 02 16:58:59 <joepie91>    let me hop on from a VPS
Jun 02 16:59:01 <joepie91>    or someshit
Jun 02 16:59:05 <joepie91>    mm
Jun 02 16:59:12 <joepie91>    I don't have an unused vps that is not linkable to me
Jun 02 16:59:13 <joepie91>    >.>
Jun 02 16:59:16 <Sabu> how many people are inside the chan?
Jun 02 16:59:19 <Sabu> did it grow?
Jun 02 16:59:27 *      lol (parr0t@HA-g80.qfc.p26q8u.IP) has joined #pure-elite
Jun 02 16:59:31 <joepie91>    or actually I do
Jun 02 16:59:31 <joepie91>    maybe
Jun 02 17:00:07 <joepie91>    goddamn
Jun 02 17:00:10 <joepie91>    FUCK YOU W2SERVERS
Jun 02 17:00:14 *      joepie91 raeg
Jun 02 17:00:27 <joepie91>    changeme:~# uptime
Jun 02 17:00:27 <joepie91>    01:00:23 up  2:10,  1 user,  load average: 0.10, 0.03, 0.01
Jun 02 17:00:29 <joepie91>    come the fuck on
Jun 02 17:00:29 <trollpoll>   im there again, im "virtual"
Jun 02 17:00:32 <trollpoll>   but, dont op me
Jun 02 17:00:36 <joepie91>    that's the 3rd unannounced reboot
Jun 02 17:00:37 <joepie91>    in 2 weeks
Jun 02 17:01:04 *      joepie91 is going to move his irc hub elsewhere
```

00561

```
Jun 02 17:01:22 <Recursion_>  joepie91: I would. Thats bullshit.
Jun 02 17:01:31 <joepie91>    I've had 4 full days of downtime
Jun 02 17:01:33 <joepie91>    in the past month
Jun 02 17:01:39 <joepie91>    the server is massively laggy
Jun 02 17:01:44 <joepie91>    because it's on a heavily overloaded node
Jun 02 17:01:56 <joepie91>    and it sometimes is so bad
Jun 02 17:01:58 <joepie91>    that I have to wait 10 seconds
Jun 02 17:02:01 <joepie91>    for a response from nickserv
Jun 02 17:02:12 <joepie91>    even for a $24/yr server that is just BAD
Jun 02 17:03:27 <joepie91>    <proSI>#Sony has passed the point where it's better to simply
scorch the earth and create a new system from scratch.
Jun 02 17:03:28 <joepie91>    lol
Jun 02 17:05:34 *       joepie91 should get a Cinfu
Jun 02 17:05:50 <Neuron>      joepie91: i got a 3 month for $8 so good
Jun 02 17:06:09 <joepie91>    how good is it? as in responsive?
Jun 02 17:06:16 <Neuron>      its in germany so a bit of lag
Jun 02 17:06:20 <Neuron>      but its on a 100mbs line
Jun 02 17:06:25 <joepie91>    I'm in europe lol
Jun 02 17:06:29 <Neuron>      so i ping google from it.. 17.2ms
Jun 02 17:06:30 <Neuron>      :P
Jun 02 17:06:31 <Neuron>      so good
Jun 02 17:06:35 <Neuron>      netherlands, more exactly
Jun 02 17:06:35 <joepie91>    mm
Jun 02 17:06:36 <joepie91>    nice
Jun 02 17:06:37 <joepie91>    but
Jun 02 17:06:42 <joepie91>    gimme working 2600 ip
Jun 02 17:07:09 <joepie91>    nvm
Jun 02 17:07:16 <joepie91>    command prompt decided to start working
Jun 02 17:07:17 <joepie91>    sort of
Jun 02 17:07:57 <Recursion_>  upboat, please:
http://www.reddit.com/r/technology/comments/hq823/sony_hacked_again_millions_of_usernames_passwor
ds/
Jun 02 17:08:01 <Recursion_>  if you have an account.
Jun 02 17:08:34 <joepie91>    YouAreAPirate = me
Jun 02 17:10:03 <joepie91>    someone +o me? :D
Jun 02 17:10:06 <joepie91>    I mean
Jun 02 17:10:09 <joepie91>    YouAreAPirate
Jun 02 17:10:11 <joepie91>    not joepie91
Jun 02 17:12:13 <Recursion_>  johnmanthorpe John Manthorpe
Jun 02 17:12:13 <Recursion_>  50/50 about unvalidated reports that Lulz S has hacked into #Sony
Nice trick to gain notoriety.
Jun 02 17:12:22 <Recursion_>  wtf does that mean?
Jun 02 17:13:25 <Neuron>      Im captianJack btw
Jun 02 17:13:25 <joepie91>    Neuron, Topiary, Sabu, anyone else who might have +o in #lulzsec
Jun 02 17:13:31 <Neuron>      joepie91: did it
Jun 02 17:13:33 <joepie91>    can has +o on YouAreAPirate
Jun 02 17:13:34 <joepie91>    ag
Jun 02 17:13:35 <joepie91>    ah*
Jun 02 17:13:43 <joepie91>    thankies
Jun 02 17:14:11 <Recursion_>  Mitnick commented on the twitters
Jun 02 17:14:18 <Recursion_>  lawllawlllawllawllawl
Jun 02 17:14:23 <Recursion_>  WUR FAMOUZ
Jun 02 17:14:55 <Neuron>      i just looked at this guys source for "sonydev.net"
Jun 02 17:14:57 <trollpoll>   144 users and growing
Jun 02 17:14:59 <Neuron>      it seems ligit.. php file etc
Jun 02 17:15:07 <Neuron>      still investigating in my vm
Jun 02 17:15:11 <Recursion_>  also the realtime updates on Google are flowing constantly
Jun 02 17:15:16 <Recursion_>  moreso than the 2pac update
Jun 02 17:15:24 <trollpoll>   everyone in sec world is commenting right now about lulzsec...
Jun 02 17:15:44 <Recursion_>  yup
Jun 02 17:15:44 <Neuron>      we are 9k in \o/
Jun 02 17:15:49 <Sabu> if people give you pasteable data pastee.org with encryption and password
and link here
Jun 02 17:15:52 <Recursion_>  bitcoin?
Jun 02 17:15:56 <Recursion_>  Neuron: in what?!
Jun 02 17:15:59 <Sabu> if someone links you to urls/codes/etc llink here
Jun 02 17:16:11 <Sabu> neuron that source you got pastee.org so we can analyze also
Jun 02 17:16:19 <joepie91>    Neuron: 9k wat?
Jun 02 17:16:40 <kl0ps>       congratulations!!!  that is so funny :D
Jun 02 17:16:59 <kl0ps>       u all 13375 :)
Jun 02 17:17:01 <Neuron>      url: http://
```

00562

```
Jun 02 17:17:11 <Neuron>      pass:
Jun 02 17:17:18 <Neuron>      kl0ps: your elite also because your part of us :)
Jun 02 17:17:23 <Neuron>      joepie91: 9k followers on twitter
Jun 02 17:17:33 <kl0ps>       thank :)
Jun 02 17:17:33 <joepie91>    IT'S OVER 9000
Jun 02 17:17:36 <joepie91>    !
Jun 02 17:17:45 <kl0ps>       +s
Jun 02 17:17:54 <Neuron>      supplier = sonic-iso of 2600
Jun 02 17:17:54 <Sabu> 55mb neuron?
Jun 02 17:17:56 <Sabu> downloading
Jun 02 17:18:06 <Sabu> which site is this for?
Jun 02 17:18:08 <Sabu> sonydev.net?
Jun 02 17:18:27 <Neuron>      aye
Jun 02 17:18:44 <Neuron>      its a svn pull
Jun 02 17:18:50 <Neuron>      so technicly you can svn update it
Jun 02 17:19:02 <Neuron>      im sure we can find the pass somewhere on sony
Jun 02 17:19:12 <trollpoll>   15... r we all here?
Jun 02 17:20:45 *      Sabu gives channel operator status to [redacted] Recursion_ trollpoll lol
Jun 02 17:21:11 <Recursion_>  Sabu: kill Recursion
Jun 02 17:21:17 <Recursion_>  not this account, the other one
Jun 02 17:21:19 <Recursion_>  obviously/.
Jun 02 17:21:27 <Recursion_>  its screen session is hanging.
Jun 02 17:22:10 *      Recursion has quit (Killed (Sabu (le sigh)))
Jun 02 17:22:39 <Neuron>      omg there actually doing it XD
Jun 02 17:22:41 <Neuron>      this is fucking epic
Jun 02 17:22:50 <Recursion_>  <3
Jun 02 17:22:52 <Sabu> doing what?
Jun 02 17:23:05 *      Recursion_ is now known as Recursion
Jun 02 17:23:05 <pwnsauce>    are we getting bit coins?
Jun 02 17:23:45 <Topiary>     176LRX4WRWD5LWDMbhr94ptb2MW9varCZP
Jun 02 17:23:47 <Topiary>     not got any here so far
Jun 02 17:23:52 <Neuron>      singing You are a pirate
Jun 02 17:24:18 <joepie91>    Topiary
Jun 02 17:24:19 <joepie91>    http://blockexplorer.com/address/176LRX4WRWD5LWDMbhr94ptb2MW9varCZP
Jun 02 17:25:17 <Sabu> analyzing scedev source codes now
Jun 02 17:25:27 <joepie91>    my god
Jun 02 17:25:29 <joepie91>    this VPS is laggy
Jun 02 17:25:29 <joepie91>    lol
Jun 02 17:25:37 <Neuron>      rgr
Jun 02 17:25:45 <Neuron>      joepie91: the german one?
Jun 02 17:26:36 <joepie91>    noes
Jun 02 17:26:37 <joepie91>    w2servers
Jun 02 17:26:40 <joepie91>    the czech one
Jun 02 17:27:00 <Neuron>      ha
Jun 02 17:27:00 <Recursion>   seriously guys
Jun 02 17:27:05 <Neuron>      get the german one trust me
Jun 02 17:27:07 <Recursion>   watch the live feed on google.
Jun 02 17:27:30 <Recursion>   its moving with a great speed for this only being public for abo0ut
an hour
Jun 02 17:28:13 <Neuron>      Recursion: im on the irc talking to people
Jun 02 17:28:21 <Recursion>   on 2600?
Jun 02 17:29:24 <Recursion>   Neuron^
Jun 02 17:30:04 <Neuron>      yup
Jun 02 17:30:17 <Neuron>      Now talking to guy who claims he has a simple way to break into
mantech.com
Jun 02 17:31:08 <trollpoll>   ok, now that we are so much ppl here, dont you think we need a kind
of protocol in case of been caught, something like tell someone (friend, familiy) to enter here
an say just a phrase to make the rest know he were caught...
Jun 02 17:31:37 <Recursion>   trollpoll: provided everyone keeps shit to themselves
Jun 02 17:31:42 <Recursion>   then nothing will happen
Jun 02 17:31:52 <Neuron>      just incase if i come in here saying
Jun 02 17:32:01 <Neuron>      "FUCK FUCK SHIT GUYS FUCK! DELETE YOUR SHIT FUCK!"
Jun 02 17:32:03 <Neuron>      you know :)
Jun 02 17:32:06 <trollpoll>   ahahahaha
Jun 02 17:32:07 <Recursion>   ditto
Jun 02 17:32:08 <Recursion>   lol
Jun 02 17:32:23 <joepie91>    lolol
Jun 02 17:32:25 <trollpoll>   if you were caught you wont be able to enter here xDDDDDDDD
Jun 02 17:32:38 <trollpoll>   i know, im always in paranoic mode...
Jun 02 17:32:58 <lol> thts how we will know you are caught :D
Jun 02 17:33:00 <lol> when you dont come here :D
```

00563

```
Jun 02 17:33:12 <joepie91>     good method to insure yourself
Jun 02 17:33:15 <trollpoll>    hahaha
Jun 02 17:33:19 <joepie91>     give one person an archive
Jun 02 17:33:21 <joepie91>     with instructions
Jun 02 17:33:27 <joepie91>     on how to get on here and alert people
Jun 02 17:33:31 <joepie91>     give another person you trust the key
Jun 02 17:33:33 <Recursion>    ROFL
Jun 02 17:33:34 <Recursion>    .
Jun 02 17:33:34 <Recursion>    peruvianidol. RT @GerryDuggan: Sony getting hacked again is like
Biggie Smalls' hearse getting shot up.
Jun 02 17:33:36 <joepie91>     make them contact each other somehow
Jun 02 17:33:39 <joepie91>     when you are in trouble
Jun 02 17:33:41 <trollpoll>    xDDDDDDD
Jun 02 17:35:23 <Neuron>       who is bottle_of_rum
Jun 02 17:37:48 <joepie91>     who is voodoo
Jun 02 17:37:48 <Neuron>       Sabu: whats the word on that source?
Jun 02 17:42:19 <storm>        hey
Jun 02 17:42:26 <storm>        i just read the twitter
Jun 02 17:42:31 <storm>        good lookin'
Jun 02 17:42:38 <Sabu> sups
Jun 02 17:42:44 <storm>        Sabu
Jun 02 17:42:54 <storm>        you douchenozzle. I txted you.
Jun 02 17:43:08 <storm>        how did I know it was you: cause no one does a fake ass haddem
laugh better than you.
Jun 02 17:43:30 <Sabu> EhehahEHUUEAhhahhauehuUHEHAHHeuaheuhUHAeaheaueAHAUHEAE
Jun 02 17:43:31 <storm>        <3 :>
Jun 02 17:43:33 <storm>        rofl
Jun 02 17:43:57 <Topiary>      seriously how the fuck...
Jun 02 17:43:58 <storm>        HauHauHAUHAUHauHauHAUHAUHauHauHAUHAUHauHauHAUHAU
Jun 02 17:44:02 <Topiary>      HEuheuheuhUHAhahhaaheuheuhahHAHAHAHEHE
Jun 02 17:44:11 <Sabu> storm
Jun 02 17:44:15 <storm>        yo
Jun 02 17:44:16 <Sabu> my brazil character
Jun 02 17:44:18 <pwnsauce>     hey
Jun 02 17:44:20 <Sabu> is based off haddem
Jun 02 17:44:21 <Sabu> haahhaha
Jun 02 17:44:22 <storm>        rofl
Jun 02 17:44:31 <storm>        u drop then we talk ok?
Jun 02 17:44:37 <Sabu> ?
Jun 02 17:44:43 <storm>        that's what haddem says
Jun 02 17:44:51 <Sabu> yeah
Jun 02 17:44:51 <Sabu>         I DDOS U U COME BACK THEN WE TALK OK?
Jun 02 17:45:17 <storm>        btw--#lulzsec is hilarious
Jun 02 17:45:24 <Sabu> really? whats going on in there?
Jun 02 17:45:31 <storm>        it couldn't have worked out any more perfectly
Jun 02 17:45:36 <storm>        just us being on the servers we ddos
Jun 02 17:45:40 <storm>        and them not saying shit
Jun 02 17:45:43 <Neuron>       yeah haha
Jun 02 17:45:46 <Sabu> topiary/neuron - should we just leak the source code for scedev.net /
Jun 02 17:45:50 <lol> Sabu: come over :D
Jun 02 17:45:51 <Sabu> what did neuron say?
Jun 02 17:45:58 <Neuron>       some guy is saying he can donate a dual xeon to the cause
Jun 02 17:45:59 <Neuron>       XD
Jun 02 17:46:10 <lol> proberbly to log us tho
Jun 02 17:46:24 <storm>        lol: we wouldn't use Windows
Jun 02 17:46:26 <storm>        cakes
Jun 02 17:46:32 <storm>        :P
Jun 02 17:46:43 <Neuron>       Sabu: I wouldn't suggest it just yet we could use more of his shit
Jun 02 17:46:57 <Sabu> what else is he offering?
Jun 02 17:46:58 <Neuron>       hes a sony dev :P
Jun 02 17:47:05 <Sabu> you serious
Jun 02 17:47:05 <Neuron>       if we keep quite we can get more
Jun 02 17:47:07 <Sabu> so tell him
Jun 02 17:47:13 <Sabu> to give us access into sony network
Jun 02 17:47:41 <Neuron>       ill see he said he was a ex sony dev but has access
Jun 02 17:47:43 <storm>        social engineer him into that shit
Jun 02 17:47:45 <Sabu> ok
Jun 02 17:47:46 <Sabu> so
Jun 02 17:47:47 <Sabu> bro
Jun 02 17:47:50 <Sabu> what are you doing here talking to us
Jun 02 17:47:52 <Sabu> social his ass
```

```
Jun 02 17:47:53 <Sabu> haha
Jun 02 17:47:58 <Neuron>     he logged off
Jun 02 17:48:02 <Sabu> gay
Jun 02 17:48:03 <Neuron>     he will be on 2600
Jun 02 17:48:07 <Neuron>     idle later so ill talk
Jun 02 17:48:08 <Sabu> so he messaged you
Jun 02 17:48:10 <Sabu> gave you source
Jun 02 17:48:12 <Sabu> llogged off?
Jun 02 17:50:05 <trollpoll>   wow 228 users
Jun 02 17:50:28 <Neuron>     yeah he likes us or something
Jun 02 17:50:29 <Sabu> I am about to join as brazil
Jun 02 17:50:39 <lol>  xD biggest chan on 2600 we've fully taken over xD
Jun 02 17:51:18 <trollpoll>   i've changed my ident, renew my tor address and changed my nick
several times...
Jun 02 17:51:55 <Sabu> any 2600 admin come on sucking you dicks yet?
Jun 02 17:53:13 <Recursion>   also, any bitcoin donated?
Jun 02 17:54:33 *     Neuron has quit (Ping timeout: 121 seconds)
Jun 02 17:54:54 <joepie91>   http://twitter.com/#!/search/sony
Jun 02 17:54:56 <joepie91>   oops.
Jun 02 17:55:01 <joepie91>   :D
Jun 02 17:55:33 <trollpoll>   i cant imagine the sony admin faces...
Jun 02 17:55:45 *     Neuron (Neuron@HA-96p.col.tt2aeb.IP) has joined #pure-elite
Jun 02 17:56:56 *     Neuron has quit (Quit: leaving)
Jun 02 17:58:12 *     Neuron (Neuron@HA-c7g.ftg.j06iiv.IP) has joined #pure-elite
Jun 02 17:58:34 *     Topiary has quit (Ping timeout: 121 seconds)
Jun 02 18:00:07 <Neuron>     Need someone to op me
Jun 02 18:00:16 <joepie91>   [01:58:59]       fed | so, I want to play with you guys and this
channel is like, gayer
Jun 02 18:00:16 <joepie91>                       than gay and full of newfags
Jun 02 18:00:16 <joepie91>   [01:59:11]       fed | wheres the real #lulzsec
Jun 02 18:00:16 <joepie91>   [01:59:18] YouAreAPirate | Play in what sense?
Jun 02 18:00:16 <joepie91>   [01:59:48]       fed | you now what I mean
Jun 02 18:00:16 <joepie91>   [01:59:55]     egeste | know*
Jun 02 18:00:18 <Neuron>     trollpoll: Topiary
Jun 02 18:00:18 <storm>      nick?
Jun 02 18:00:20 <Neuron>     someone op
Jun 02 18:00:21 <joepie91>   who wants to talk
Jun 02 18:00:24 <joepie91>   also
Jun 02 18:00:24 *     pwnsauce gives channel operator status to Neuron
Jun 02 18:00:28 <pwnsauce>   haOpped
Jun 02 18:00:28 <trollpoll>   yep
Jun 02 18:00:32 <Neuron>     CaptianJack
Jun 02 18:00:34 <joepie91>   ok
Jun 02 18:00:45 <trollpoll>   i've no op
Jun 02 18:00:48 <joepie91>   CaptainJack
Jun 02 18:00:50 <joepie91>   on 2600
Jun 02 18:00:51 <joepie91>   is yo
Jun 02 18:00:51 <storm>      CaptianJack: No such nick/channel
Jun 02 18:00:52 <trollpoll>   and i dont want it
Jun 02 18:00:53 <joepie91>   you*
Jun 02 18:00:54 <joepie91>   right?
Jun 02 18:01:20 <Neuron>     CaptainJack
Jun 02 18:01:23 <Recursion>   it took just about 1 hours to hit AP
Jun 02 18:01:32 <storm>      we have like
Jun 02 18:01:33 <storm>      dude
Jun 02 18:01:35 <Recursion>   hour, rather.
Jun 02 18:01:36 <storm>      more ppl in one room
Jun 02 18:01:41 <storm>      than this whole server had
Jun 02 18:01:42 <storm>      has*
Jun 02 18:02:01 <joepie91>   Neuron
Jun 02 18:02:04 <joepie91>   his name is egest
Jun 02 18:02:06 <joepie91>   egeste*
Jun 02 18:02:09 <joepie91>   he says you are not responding
Jun 02 18:02:20 <joepie91>   [02:00:21]       egeste | I know you guys don't know me, but you
probably know people that do
Jun 02 18:02:20 <joepie91>   [02:00:46]       egeste | Xero, veniuss, e, insidious, nigg, etc
etc
Jun 02 18:02:20 <joepie91>   [02:00:57]       egeste | kayla
Jun 02 18:02:40 <trollpoll>   these nicks are very well known
Jun 02 18:02:52 <Neuron>     haha
Jun 02 18:03:10 <Sabu> hes just name dropping
```

00565

```
Jun 02 18:03:11 <Neuron>        tell him to provide a 0day as proff and he can join
Jun 02 18:03:12 <Neuron>        then ban him
Jun 02 18:03:17 <Sabu> kayla says that kid used to idle in gnosis
Jun 02 18:03:19 <Sabu> and not do shit
Jun 02 18:03:38 <joepie91>      you talk to him
Jun 02 18:03:39 <joepie91>      lol
Jun 02 18:03:41 <Sabu> guys get your social engineering games up
Jun 02 18:03:44 <Sabu> cause im starting to see some fails
Jun 02 18:04:03 <Sabu> is topiary on irc?
Jun 02 18:04:07 <Sabu> fuck
Jun 02 18:04:09 <joepie91>      also, yes, I am talking differently on my alternate nick.
Jun 02 18:04:59 <Recursion>     Sabu: I'm not even saying a word, bud.
Jun 02 18:05:03 <Recursion>     just observing.
Jun 02 18:05:22 <storm>         wow
Jun 02 18:05:23 <storm>         bro
Jun 02 18:05:28 <Neuron>        ?
Jun 02 18:05:29 <storm>         people are trying to down our ops
Jun 02 18:05:35 <joepie91>      ?
Jun 02 18:05:36 <Neuron>        ya think :P
Jun 02 18:05:38 <storm>         i just put my v6 client up
Jun 02 18:05:44 <storm>         v00d00
Jun 02 18:06:02 <Sabu> 13:56:30.729325 IP smpp.uk.access.vodafone.net > vps5890.lulz.net: ICMP
echo request, id 30064, seq 4, length 64
Jun 02 18:06:02 <Sabu> 13:56:30.729360 IP vps5890.lulz.net > smpp.uk.access.vodafone.net: ICMP
echo reply, id 30064, seq 4, length 64
Jun 02 18:06:03 <Recursion>     inbeforebotnetjoins
Jun 02 18:06:07 <Sabu> someone from vodaphones pinging us
Jun 02 18:06:14 <joepie91>      lol
Jun 02 18:06:15 <Sabu> 13:56:50.228857 IP 64-46-16-105.dyn.novuscom.net.isakmp >
vps5890.lulz.net.isakmp: isakmp: phase 1 I #243
Jun 02 18:06:15 <Sabu> 13:56:50.228886 IP vps5890.lulz.net > 64-46-16-105.dyn.novuscom.net: ICMP
vps5890.lulz.net udp port isakmp unreachable, length 376
Jun 02 18:06:20 <Sabu> people scanning us
Jun 02 18:06:22 <Sabu> lol
Jun 02 18:06:23 <Neuron>        yeah im getting hit
Jun 02 18:06:26 <Neuron> im watcinhg tcpdump hard
Jun 02 18:06:27 <Neuron>        scan my vm?
Jun 02 18:06:32 <joepie91>      I am not getting hit it seems
Jun 02 18:06:33 <joepie91>      odd
Jun 02 18:06:33 <trollpoll>     in other way of things, do you really think that tor is
compromised? i mean, i know that many tor servers are CIA servers, but this doesnt mean
nothing... except a mitm... but they had to know who is gonna connect before connect... or do a
mitm to everyone...
Jun 02 18:06:33 <storm>         no scanning
Jun 02 18:06:39 <storm>         open up tcpdump
Jun 02 18:06:41 <storm>         and do
Jun 02 18:06:43 <storm>         -i eth0
Jun 02 18:06:50 <joepie91>      or maybe I am.
Jun 02 18:06:56 <Sabu> tor is not trustable
Jun 02 18:07:05 <Sabu> please dont use for anything other than random site visitng
Jun 02 18:07:07 <joepie91>      is it bad my host is so shitty I can't tell whether I am getting
hit? :/
Jun 02 18:07:09 <trollpoll>     just because the rsa affair?
Jun 02 18:07:12 <Recursion>     we gotta get off that server.
Jun 02 18:07:18 <Neuron>        were getting hit
Jun 02 18:07:24 <Recursion>     the IRC server
Jun 02 18:07:25 <Sabu> neuron
Jun 02 18:07:27 <Sabu> so sign off?
Jun 02 18:07:29 <Sabu> look
Jun 02 18:07:31 <storm>         Sabu
Jun 02 18:07:31 <Sabu> guys
Jun 02 18:07:34 <Neuron>        lol i just hopped onto another ip
Jun 02 18:07:35 <Sabu> neuron
Jun 02 18:07:37 *    Topiary (t@HA-s05.rkn.75e5ku.IP) has joined #pure-elite
Jun 02 18:07:39 <storm>         I use tor to connect to my ddos boxen
Jun 02 18:07:40 <Sabu> recursion etc
Jun 02 18:07:40 <storm>         ;x
Jun 02 18:07:46 <Recursion>     yup yup
Jun 02 18:08:06 <Sabu> if youre going to be in there its for research purposes
Jun 02 18:08:13 <joepie91>      not getting hit here :/
Jun 02 18:09:04 <trollpoll>     Sabu, im using tor right now...
```

00566

```
Jun 02 18:09:04 <joepie91>    ohey
Jun 02 18:09:08 <joepie91>    Ryan is on 2600
Jun 02 18:09:09 <storm>       te whole room is hit
Jun 02 18:09:13 <storm>       the*
Jun 02 18:09:17 <storm>       hes hitting random ppl
Jun 02 18:09:22 <joepie91>    ~b@vps.anon.su
Jun 02 18:09:23 <joepie91>    [02:07:22]        xxxx | hi kayla or sabu or tflow
Jun 02 18:09:25 <joepie91>    ^ Ryan
Jun 02 18:09:28 <Neuron>      lul
Jun 02 18:09:30 <Recursion>   I'm out of there
Jun 02 18:09:40 <storm>       why?
Jun 02 18:09:41 <storm>       lol
Jun 02 18:09:44 <storm>       it's funny
Jun 02 18:09:44 <storm>       xD
Jun 02 18:09:51 <storm>       set up ipv6
Jun 02 18:09:51 <joepie91>    what should I say to Ryan?
Jun 02 18:09:56 <storm>       they obviously cant hit it
Jun 02 18:09:56 <Topiary>     <Laurelai> nicely done
Jun 02 18:10:01 <storm>       22:09 <xxxx> hi kayla or sabu
Jun 02 18:10:06 <storm>       he pmed me
Jun 02 18:10:07 <storm>       rofl
Jun 02 18:10:08 <Neuron>      lul
Jun 02 18:10:13 <Neuron>      same
Jun 02 18:10:14 <Topiary>     [Laurelai] (~Laurelai@205.185.113.6): Laurela
Jun 02 18:10:18 <joepie91>    lol
Jun 02 18:10:18 <Topiary>     Laurelai leaked our logs
Jun 02 18:10:19 <Neuron>      gonna say im awinee
Jun 02 18:10:19 <Topiary>     storm
Jun 02 18:10:38 <joepie91>    uh
Jun 02 18:10:40 <joepie91>    Topiary
Jun 02 18:10:40 <joepie91>    ..
Jun 02 18:10:43 <joepie91>    that is a Frantech IP
Jun 02 18:10:48 <Topiary>     FIREFIREFIREFIRE
Jun 02 18:10:52 <Topiary>     FUCK YOU FRANTECH\111
Jun 02 18:10:52 <joepie91>    DDoS it
Jun 02 18:10:54 <Sabu> everybody stfu
Jun 02 18:10:54 <joepie91>    it will disappear
Jun 02 18:10:55 <storm>       ?
Jun 02 18:10:56 <joepie91>    in a few minutes
Jun 02 18:10:56 <Sabu> EVERYONE
Jun 02 18:10:57 <Sabu> STFU
Jun 02 18:11:02 <Sabu> relax
Jun 02 18:11:06 <Sabu> as for ryan
Jun 02 18:11:13 <Sabu> ignore him
Jun 02 18:11:16 <Sabu> he doesnt know its us
Jun 02 18:11:18 <Sabu> jesus
Jun 02 18:11:27 <joepie91>    relax :P
Jun 02 18:11:30 <trollpoll>   i left 2600...
Jun 02 18:11:36 <Topiary>     Ryan huh?
Jun 02 18:11:36 <Sabu> ok.
Jun 02 18:11:39 <storm>       you guys are ridiculous xD
Jun 02 18:11:43 <trollpoll>   the situation is getting horrible stressing
Jun 02 18:11:43 <Sabu> I know jesus
Jun 02 18:11:46 <Sabu> look
Jun 02 18:11:49 <Sabu> from now on
Jun 02 18:12:05 <Sabu> no one goes on 2600 unless you prep yourselfl for the social engineering
Jun 02 18:12:11 <Sabu> if you dont know how to social engineer do not get on 2600
Jun 02 18:12:17 <Sabu> if you do not have a ddos protected ip
Jun 02 18:12:20 <Sabu> do not get on 2600
Jun 02 18:12:23 <Sabu> thats it
Jun 02 18:12:28 <storm>       ^
Jun 02 18:12:29 <Neuron>      Aye
Jun 02 18:12:30 <storm>       exactly it
Jun 02 18:12:32 <storm>       and
Jun 02 18:12:34 <storm>       for starters
Jun 02 18:12:35 <joepie91>    it's not ddos protected, but disposable nevertheless :P
Jun 02 18:12:40 <storm>       ill give anyone an ipv6 shell
Jun 02 18:12:42 <storm>       straight up
Jun 02 18:12:42 <Recursion>   aye-aye, storm
Jun 02 18:12:46 <storm>       cause i love you guys
Jun 02 18:12:46 <Recursion>   err
```

```
Jun 02 18:12:47 <storm>        :D
Jun 02 18:12:47 <Recursion>    Sabu:
Jun 02 18:12:51 <trollpoll>    hahaha
Jun 02 18:12:54 <Sabu> yes
Jun 02 18:13:07 <Recursion>    I meant to say, aye-aye Sabu , not storm
Jun 02 18:13:09 <Recursion>    muhbad.
Jun 02 18:13:11 <Sabu> ok
Jun 02 18:13:11 <storm>        lol.
Jun 02 18:13:18 <Sabu> sony was leaked
Jun 02 18:13:22 <Sabu> we got bigger projects
Jun 02 18:13:37 <Sabu> atm neuron has access to source code to scedev.net socny dev team
Jun 02 18:13:38 *     Palladium (Palladium@HA-kd2.llr.tbgr2g.IP) has joined #pure-elite
Jun 02 18:13:41 <Sabu> how about those who are not busy
Jun 02 18:13:42 <joepie91>     Topiary: just a tip, Frantech has an automated nullrouting system
in place. If you DDoS Laurelais IP, he will disappear from the internet for a while, and if you
keep doing it he will be booted from their service.
Jun 02 18:13:49 <Sabu> work on auditing that src
Jun 02 18:14:02 <Topiary>      I'm off to bed in a few
Jun 02 18:14:04 <Sabu> storm, hear that?
Jun 02 18:14:08 <Sabu> drop that ip
Jun 02 18:14:08 <storm>        sup?
Jun 02 18:14:10 <Neuron>       Im on it currently talking to more people
Jun 02 18:14:15 <Sabu> <Topiary> [Laurelai] (~Laurelai@205.185.113.6): Laurela
Jun 02 18:14:20 <storm>        ok gimme a few
Jun 02 18:14:22 <storm>        rebooting
Jun 02 18:14:22 <Sabu> kk
Jun 02 18:14:24 <Sabu> now
Jun 02 18:14:25 <Topiary>      Laurelai was the one who compromised our HBGay logs
Jun 02 18:14:29 <Topiary>      so yes
Jun 02 18:14:29 <storm>        im on doze
Jun 02 18:14:31 <joepie91>     it'll get nullrouted for ~1 hour at first I believe
Jun 02 18:14:36 <joepie91>     after a few nullroutes he will get suspended
Jun 02 18:14:37 <joepie91>     :)
Jun 02 18:14:44 <storm>        rebooting now
Jun 02 18:15:32 <Palladium>    Hi everyone!
Jun 02 18:15:46 <Neuron>       0-0 o/
Jun 02 18:16:00 <Neuron>       HI! who are you and whats your posion?
Jun 02 18:16:46 <Neuron>       For funzies Topiary: we have a IAMA request on reddit if your
intrested
Jun 02 18:16:58 <joepie91>     - CrazyD quit (Quit: Sure is #ifeds)
Jun 02 18:17:00 <joepie91>     lolwut
Jun 02 18:17:08 <Topiary>      what's that?
Jun 02 18:17:19 <Topiary>      @ Neuron
Jun 02 18:17:24 <Neuron>       a IAMA
Jun 02 18:17:31 <Neuron>       basically a Qand A session on reddit
Jun 02 18:17:39 <Neuron>       were redditors ask questions an you answer
Jun 02 18:18:00 <Sabu> wait
Jun 02 18:18:06 <Sabu> you guys started a iama on reddit?
Jun 02 18:18:49 <Recursion>    ...
Jun 02 18:19:00 <Sabu> I will go to your homes and kill you.
Jun 02 18:19:10 <storm>        yo
Jun 02 18:19:13 <Recursion>    Neuron: are you serious?
Jun 02 18:19:17 <Sabu> if you really started an iama bro
Jun 02 18:19:24 <Sabu> you really dont understand what we are about here
Jun 02 18:19:51 <kl0ps>        ok guys, i have to go to bed. see you tomorrow. btw lulzsec is so
funny :D ... love ya
Jun 02 18:19:54 <kl0ps>        gn8
Jun 02 18:20:03 <storm>        night
Jun 02 18:20:06 <Sabu> goodnight kl0ps
Jun 02 18:20:06 <Recursion>    g'night
Jun 02 18:20:14 <Recursion>    Neuron
Jun 02 18:20:15 *     kl0ps has quit (Quit: Leaving)
Jun 02 18:20:17 <Recursion>    ffs
Jun 02 18:20:50 <Sabu> I dont see it
Jun 02 18:21:08 <trollpoll>    Sabu, mmm, what do you think about doing some "tutorials" on how to
act, how to protect ourselves, etc...
Jun 02 18:21:16 <trollpoll>    something quick and dirty
Jun 02 18:21:43 <Sabu> I think so
Jun 02 18:21:44 <Topiary>      let's not do a Q&A with Reddit
Jun 02 18:21:57 <Sabu> I thought all this stuff was common knowledge
Jun 02 18:22:04 <Recursion>    we shouldn't interface with the public any more than we have to
```

00568

```
Jun 02 18:22:12 <Topiary>      twitter is enough
Jun 02 18:22:21 <Topiary>      our formspring was dumb so I stopped answering questions weeks ago
Jun 02 18:22:23 <Recursion>    indeed.
Jun 02 18:22:32 <storm>        Sabu
Jun 02 18:22:40 <storm>        I have to leave can you keep that IP for later?
Jun 02 18:22:42 *      Sabu has changed the topic to: pE | NO LEAKS | NO MEDIA | Talk to Sabu OR
Topiary if unsure.
Jun 02 18:22:48 <Sabu>yup save it for later
Jun 02 18:22:51 <storm>        OK
Jun 02 18:22:53 <storm>        good game.
Jun 02 18:22:55 <Sabu>muah
Jun 02 18:23:03 <storm>        I gotta go to that thing we talk about from time to time
Jun 02 18:23:04 <storm>        ;)
Jun 02 18:23:07 <storm>        I'll be back
Jun 02 18:23:10 <joepie91>     fap?
Jun 02 18:23:14 <storm>        text me if shit gets knocked you feel me?
Jun 02 18:23:15 <storm>        na
Jun 02 18:23:15 <trollpoll>    sure fap
Jun 02 18:23:15 <joepie91>     :P
Jun 02 18:23:25 <storm>        btw
Jun 02 18:23:31 <storm>        people are dropping the ipv6 server
Jun 02 18:23:31 <joepie91>     fap. always fap.
Jun 02 18:23:37 <storm>        they want us to be opless.
Jun 02 18:23:45 <joepie91>     friend of mine just dropped too
Jun 02 18:23:52 <trollpoll>    perhaps is not a bad idea to leave 2600 ...
Jun 02 18:23:58 <storm>        perhaps
Jun 02 18:24:00 <Recursion>    as I said
Jun 02 18:24:00 <Topiary>      yeah let's chill somewhere else
Jun 02 18:24:01 <storm>        because for one
Jun 02 18:24:03 <Topiary>      everyone wanna leave?
Jun 02 18:24:04 <joepie91>     strangely I dont ping out yet
Jun 02 18:24:06 <trollpoll>    feds will start searching ips of random users
Jun 02 18:24:08 <storm>        I'm not going to drop a ton of users
Jun 02 18:24:09 <Recursion>    dont interface with the public more than you need to
Jun 02 18:24:17 <storm>        to priotect a shit channel on shitty servers
Jun 02 18:24:20 <storm>        protect even
Jun 02 18:24:21 <storm>        although
Jun 02 18:24:22 <Sabu>look
Jun 02 18:24:26 <storm>        having a fanbase is fun
Jun 02 18:24:30 <Sabu>close channel
Jun 02 18:24:33 <Sabu>first
Jun 02 18:24:36 <Sabu>mod channel
Jun 02 18:24:37 <Sabu>+m
Jun 02 18:24:49 <storm>        done
Jun 02 18:24:50 <Sabu>let everyone know 2600 irc was temporary for meeting fans or whatever
Jun 02 18:24:51 <storm>        now what?
Jun 02 18:24:52 <Sabu>see us on twitter
Jun 02 18:24:58 <Sabu>and just close the chan down
Jun 02 18:25:04 <Sabu>throw a crackhead bot in there and keep it moving
Jun 02 18:25:08 <Neuron>       rgr
Jun 02 18:25:14 <Sabu>neuron let storm do it
Jun 02 18:25:16 <Recursion>    Neuron: did you start an AMA?
Jun 02 18:25:16 <joepie91>     I think a server just died
Jun 02 18:25:41 <Topiary>      now we all leave
Jun 02 18:25:43 <Topiary>      everyone /part
Jun 02 18:25:51 <Sabu>yeah
Jun 02 18:25:53 <trollpoll>    thats it
Jun 02 18:25:57 <Sabu>no more public apperances
Jun 02 18:26:00 <Sabu>witohut us organizing it
Jun 02 18:26:03 <Neuron>       left
Jun 02 18:26:05 <Sabu>thanks storm for holding it down
Jun 02 18:26:05 <trollpoll>    great
Jun 02 18:26:13 <Sabu>guys from now on
Jun 02 18:26:22 <storm>        done
Jun 02 18:26:23 <Sabu>if you are not familiar with these hostile environments
Jun 02 18:26:25 <Neuron>       Few seocnds
Jun 02 18:26:35 <Sabu>don't partake in it
Jun 02 18:26:38 <storm>        ï¿½ï¿½ï¿½ï¿½ SignOff hentrax: #lulzsec (Ping timeout: 240 seconds)
Jun 02 18:26:38 <storm>        ï¿½ï¿½ï¿½ï¿½ SignOff home_keys: #lulzsec (Quit: Leaving)
Jun 02 18:26:38 <storm>        ï¿½ï¿½ï¿½ï¿½ SignOff haraldo: #lulzsec (Quit: Leaving.)
Jun 02 18:26:38 <storm>        ï¿½ï¿½ï¿½ï¿½ fancypants is now known as lessthanthree
```

00569

```
Jun 02 18:26:38 <storm>        ï¿½ï¿½ï¿½ happyhour [~hehe@124-148-131-129.dyn.iinet.net.au] has
joined #lulzsec
Jun 02 18:26:38 <storm>        ï¿½ï¿½ï¿½ SignOff Anonique88: #lulzsec ()
Jun 02 18:26:38 <storm>        ï¿½ï¿½ï¿½ BlizWar [~kruppa@a88-112-133-232.elisa-laajakaista.fi]
has left #lulzsec
Jun 02 18:26:38 <storm>        []
Jun 02 18:26:38 <storm>        ï¿½ï¿½ï¿½ SignOff SL1CHAOS: #lulzsec ()
Jun 02 18:26:38 <storm>        ï¿½ï¿½ï¿½ SignOff [KGB]Derungo: #lulzsec ()
Jun 02 18:26:39 <storm>        rofl
Jun 02 18:26:44 <storm>        right after topic change
Jun 02 18:26:55 <Neuron>       bwhaha
Jun 02 18:26:58 <storm>        and yeah guys
Jun 02 18:26:59 <storm>        btw
Jun 02 18:27:03 <Sabu> yeah bro?
Jun 02 18:27:04 <joepie91>     [02:26:51]          -=- nyannyan is now known as WANT2CHAT
Jun 02 18:27:04 <joepie91>     [02:26:53]          -=- BUT_WANT_TO_TRO is now known as
WANT_TO_TROLL
Jun 02 18:27:06 <storm>        don't freak out over some packets
Jun 02 18:27:08 <storm>        you're all fine
Jun 02 18:27:13 <Sabu> yes
Jun 02 18:27:14 <storm>        that guy barely had 100mbps
Jun 02 18:27:19 <Neuron>       haha yeah i wasn't worried :P
Jun 02 18:27:20 <joepie91>     lol
Jun 02 18:27:30 <joepie91>     btw
Jun 02 18:27:31 <storm>        i logged the ddos on my server in the .nl
Jun 02 18:27:32 <joepie91>     madjack died
Jun 02 18:27:33 <joepie91>     :P
Jun 02 18:27:46 <Recursion>    I was a magicjack.
Jun 02 18:27:46 <joepie91>     so inb4 massive ping timeout/split
Jun 02 18:28:10 <storm>        whos bottle_of_rum
Jun 02 18:28:18 <trollpoll>    lol?
Jun 02 18:28:20 <storm>        he/she tried to evade my +mode
Jun 02 18:29:20 <joepie91>     storm
Jun 02 18:29:23 <joepie91>     that is not very usefuk
Jun 02 18:29:27 <joepie91>     useful*
Jun 02 18:29:35 <joepie91>     on a server where your host can be an unmasked ip
Jun 02 18:29:36 <joepie91>     lol
Jun 02 18:29:36 <storm>        what?
Jun 02 18:29:38 <storm>        ./fuckem
Jun 02 18:29:39 <storm>        ?
Jun 02 18:29:44 <joepie91>     you banned a-z
Jun 02 18:29:45 <joepie91>     in hostname
Jun 02 18:29:50 <storm>        i did a bitchx command
Jun 02 18:29:52 <storm>        called fuckem
Jun 02 18:29:53 <joepie91>     if your host can be 1.2.3.4 that's not very useful
Jun 02 18:29:55 <joepie91>     ah
Jun 02 18:29:56 <joepie91>     fix it then
Jun 02 18:29:56 <joepie91>     lol
Jun 02 18:29:58 <storm>        its not for looks its for lulz
Jun 02 18:30:04 <storm>        this server is no more
Jun 02 18:30:06 <storm>        relax.
Jun 02 18:30:13 <joepie91>     you didnt ban everyone though
Jun 02 18:30:14 <joepie91>     :P
Jun 02 18:30:15 <storm>        let me do my thing plox
Jun 02 18:30:21 <storm>        I didn't ban anyone
Jun 02 18:30:28 <joepie91>     lolololololol
Jun 02 18:30:29 <joepie91>     split
Jun 02 18:30:33 <storm>        ye./
Jun 02 18:30:35 <storm>        ye.*
Jun 02 18:30:38 <storm>        afk
Jun 02 18:31:25 *      pwnsauce (pwnsauce@HA-ntp.a04.d005o9.IP) has left #pure-elite
Jun 02 18:32:29 <Neuron>       Sabu:
Jun 02 18:32:39 <storm>        txt me your number sabuzi
Jun 02 18:32:41 <storm>        i lost it
Jun 02 18:32:47 <storm>        bbl @g@in
Jun 02 18:38:21 <Neuron>       0-0\
Jun 02 18:38:23 <Neuron>       that was fun
Jun 02 18:41:30 <trollpoll>    ey guys, this is not a funeral xD
Jun 02 19:03:22 *      Sabu has quit (Ping timeout: 121 seconds)
Jun 02 19:05:42 <Neuron>       p.s i didnt make a IAMA on reddit was a misunderstanding
```

```
Jun 02 19:08:29 <trollpoll>   well, i dont think this is a problem bigger than having a twitter
account, or a webpage, but is important to know what to do with it
Jun 02 19:08:47 <Neuron>       aye
Jun 02 19:08:51 <Neuron>       were good
Jun 02 19:11:36 *      Palladium has quit (Quit: Lost terminal)
Jun 02 19:12:02 <Recursion>    I always wondered why lulzsec is hosted on same server as these
sites:
Jun 02 19:12:02 <Recursion>    Found 4 domains hosted on the same web server as sale4gucci.com
(111.90.139.155).
Jun 02 19:12:02 <Recursion>    lulzsecurity.com
Jun 02 19:12:02 <Recursion>    sale4gucci.com
Jun 02 19:12:02 <Recursion>    www.louisvuitton4bag.com
Jun 02 19:12:57 <Neuron>       lol
Jun 02 19:13:57 <Neuron>       bbiab
Jun 02 19:18:00 *      Neuron has quit (Ping timeout: 121 seconds)
Jun 02 19:18:10 *      Sabu (sabu@HA-v86.0ft.1icbev.IP) has joined #pure-elite
Jun 02 19:18:19 *      Sabu has quit (Connection closed)
Jun 02 19:19:13 *      Sabu (sabu@HA-06g.14k.jdcvo3.IP) has joined #pure-elite
Jun 02 19:22:39 <Recursion>    www.sale4gucci.com
Jun 02 19:22:43 *      Topiary has quit (Ping timeout: 121 seconds)
Jun 02 19:22:43 <Recursion>    also that
Jun 02 19:23:17 <Recursion>    Sabu:
Jun 02 19:23:18 <Recursion>    16:12:06 <@Recursion> I always wondered why lulzsec is hosted on
same server as these sites:
Jun 02 19:23:18 <Recursion>    16:12:06 <@Recursion> Found 4 domains hosted on the same web server
as sale4gucci.com (111.90.139.155).
Jun 02 19:23:18 <Recursion>    16:12:06 <@Recursion> lulzsecurity.com
Jun 02 19:23:18 <Recursion>    16:12:06 <@Recursion> sale4gucci.com
Jun 02 19:23:18 <Recursion>    16:12:06 <@Recursion> www.louisvuitton4bag.com
Jun 02 19:26:04 <trollpoll>    this means that the host desnt ask about the web activity xDDD
Jun 02 19:27:40 <trollpoll>    night
Jun 02 19:27:44 *      trollpoll has quit (Quit: Leaving)
Jun 02 19:30:15 <Sabu> it hs nothing to do with us
Jun 02 19:30:28 <Recursion>    just saying brother
Jun 02 19:59:55 *      lol gives channel operator status to Sabu
Jun 02 20:22:33 *      Disconnected (Invalid argument).
**** ENDING LOGGING AT Thu Jun  2 20:22:33 2011
```

**Figure 10: Excerpt of Unallocated Chat Logs**



**00571**